**CURRICULUM VITAE:  EMANUEL KAPELSOHN**

<u>**PERSONAL DATA:**</u>    Born:  April 23, 1952.  Newark, NJ
Marital Status:  Married with two children
Address:  1771 Creekview Dr., Fogelsville, PA 18051
Telephone:  (work) 610-530-2705; (cell) 610-360-7053
Email:  peregrine@ptd.net or ekapelsohn@lesavoybutz.com

<u>**ACADEMIC DEGREES:**</u>    Yale University.  B.A.  <u>cum</u> <u>laude</u>.  English Literature (1974)
Activity:  Varsity Heavyweight Crew (earned Varsity Letter)

Harvard Law School.  Juris Doctor (1977)
Activity:  Harvard Prison Legal Assistance Project

<u>**EMPLOYMENT:**</u>

1985 -    President.  The Peregrine Corporation.  Design, evaluation and implementation of training programs for police, security, and other armed personnel and civilians throughout the United States and abroad, including use of force, firearms, defensive tactics, executive protection, and specialized training; instructor and armorer training and certification; consulting with regard to the selection of firearms and other equipment; technical evaluation and consulting regarding design and function of firearms and related products; security surveys and risk assessments; litigation consulting and expert witness services; production of videotape training programs, written training materials, training aids, product literature and warnings; writing articles for publication in law enforcement and firearms periodicals.

2009-10    Adjunct Instructor, Criminal Justice Department, Indiana University, Bloomington, IN. Taught Senior Seminar, "Police Use of Force" (2009, 2010)

2007 -    Lesavoy Butz & Seitz LLC.  Allentown, PA.  Civil litigation, municipal law, general practice.  2007 to present.

2006-7    Associate.  Lamm Rubenstone Lesavoy Butz & David LLC.  Allentown, PA .  Civil litigation, municipal law, general practice.

1994 - 2006    Associate.  Blank Rome LLP, Allentown, PA.  Civil litigation, including state and federal court practice.  Bar admissions:  Pennsylvania Supreme Court, Federal District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern District of New York.

1982-5    Firearms Training Consultant (self-employed).  Firearms instruction for police, security and other armed personnel and civilians; consulting and expert witness services; writing articles for publication in firearms periodicals.

1984-5    Director of Security.  Jasna Polana, Princeton, NJ.  Private estate security, executive protection and protection of valuables in transit.  Responsibilities included hiring and training armed security officers, scheduling, design and implementation of operational procedures, supervision, planning of special operations, dealing with vendors of security equipment and services, and interfacing with law enforcement and other public agencies.

1979-83    Operative.  The Spiesman Agency, New York, NY.  Occasional part-time detective work including surveillance, criminal and civil investigations, interviewing of witnesses, process service, and bodyguarding.

1977-82    Associate; Senior Associate.  Friedman & Gass, P.C., 99 Park Avenue, New York, NY.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 2

Commercial litigation, including trial and appellate practice in state and federal courts throughout the United States for major domestic corporations.  Bar admissions:  New York Supreme Court; Federal District Courts for the Southern and Eastern Districts of New York, Western District of Pennsylvania, and District of Utah; U.S. Court of Appeals for the 10th Circuit; U.S. Armed Services Board of Contract Appeals, Washington, D.C.

**FIREARMS TRAINING QUALIFICATIONS:**
FBI-Certified Firearms Instructor
Instructor, Burlington County (NJ) Police Academy (1986-1995)
Instructor, Allentown (PA) Police Academy (1999-    )
Technical Editor, The Police Marksman Magazine (1987-1990)
Contributing Editor, Special Weapons and Tactics Magazine (1983-1986)
Editor, The Firearms Instructor (1994-1995)
Editorial Committee, The Firearms Instructor (1988-94, 1996-97, 2001- 2002)

International Association of Law Enforcement Firearms Instructors (IALEFI)
  Active Member (1984-   );  Member, Board of Directors (1987-    ); Third Vice President (1991- 2011 ); Second Vice President (2012-   ); Chairman, Firearms Training Criteria Committee (1995- ); Chairman, Sponsorship Committee (1987-1990); Chairman, Instructor Certification Committee (1988-1990); Chairman, Safety Committee (1995- 2001, 2002-3);  Member, Safety Committee (2003-   ); Member, Legal Committee (1987-1999); Chairman, Legal Committee (1999-  ); Chairman, Editorial Committee (1994-1995); Member, Editorial Committee (1988-1994, 1996-1997; 2001-2003); Chairman, Firearms Training Standards Subcommittee (1992-95); Member, Instructor Criteria Committee (1996-    ); Member, By- Laws Committee (1999-2002); Member, Ethics Committee (2003-  ). Principal Author or Associate Editor of several IALEFI publications – see below.  Originator, IALEFI Handgun Safety Check.  Designer, IALEFI Q target series. Member, Instructor Certification Committee (2010 - 2011)

Member, National Advisory Board, Police Marksman Association (1986-2006)
Special Police Officer, Lawrence Twp. Police Department (1986)
Reserve Deputy Sheriff, Cleveland County Sheriff's Office (1988-1991)
Reserve Lieutenant, Albee-Maple Grove Police Department (1989-1990)
Special Deputy Sheriff, Salt Lake County Sheriff's Office (1992-2006)
Special Deputy Sheriff, Berks County (PA) Sheriff's Department (1997-    )
Reserve Deputy Sheriff, Greene County (IN) Sheriff's Reserve (June 2008-2012)
Staff Instructor in Pistol, Shotgun, and Rifle at the American Pistol Institute (Col. Jeff Cooper, Director)  (1980-1982)
Senior Affiliate Instructor, Defense Training International (John S. Farnam, President)
Instructor, Executive Security International (Aspen, Colorado 1986-1988)
NJ Police Training Commission-Certified Firearms Instructor
Pennsylvania Municipal Police Officers Education & Training Commission - Certified Instructor (MPI # 1360, General Instruction, Special Instruction - Firearms, Application of Force)
NRA-Certified Police Firearms Instructor
NRA-Certified Security Firearms Instructor

Curriculum Vitae:
Emanuel Kapelsohn
Page 3

NRA-Certified Law Enforcement Rifle Instructor
NRA-Certified Practical Firearms Instructor (Personal Protection)
NRA-Certified Pistol Instructor
NRA- Certified Rifle Instructor
NRA-Certified Shotgun Instructor
NRA-Certified Law Enforcement Submachine Gun Instructor
NRA-Certified Home Firearms Responsibility Instructor
NRA-Certified Police Tactical Firearms Instructor
NRA-Certified Chief Range Safety Officer
NRA-Certified Police Precision Rifle Instructor
H&K-Certified MP-5 User
H&K-Certified MP-5 Instructor
SIG Pistol Armorer
Glock Pistol Armorer
Glock Pistol Armorer Trainer
Mossberg Shotgun Armorer
Mossberg Shotgun Armorer Trainer.  Developed and presented armorer training
  programs for O.F. Mossberg & Sons, Inc. for Models 500, 590 and 590DA
  shotguns, including consulting on revisions of Armorer's Manual and
  development of related training materials including student handouts, written
  and practical examinations, visual aids, etc.  Trained other Armorer-Instructors
  for Mossberg.
Colt Rifle and Submachine Gun Armorer
NLETC-Certified Lindell Handgun Retention Systems Intermediate Trainer
Glock Authorized Transitional Training Consultant.  Designed and taught
  armorers and firearms instructor courses on a contract basis for Glock, Inc.
  from approximately 1987 through 1993, including development of instructor
  notebook and related materials, student handouts, written tests, qualification
  standards, visual aids, etc.  (See below for specific course dates and locations.)
Justice System Training Assoc.-Certified Psycho-Motor Skill Design Instructor
Certified Police Defensive Tactics Instructor
Firearms Instructor and Safety Officer, U.S. Treasury Department Pistol
  Club, New York, NY (1980-83)
"A" Class IPSC Pistol Competitor
Executive Protection Specialist License (State of Colorado)
Certified Agent, Pennsylvania Lethal Weapons Act (Act 235)
Certified ASP Baton Instructor
OCAT-Certified Pepper-Spray Instructor
Certified FATS Instructor Trainer
NTOA - Certified Less Lethal Impact Munitions Instructor
Taser Master Instructor
Light Rifle Expert (NRA Rating)
Smallbore Rifle Expert (NRA Rating)
General Rifle Expert (API Rating)
Pistol Expert (NRA and API Ratings)
Revolver Expert (NRA Rating)
Handgun Distinguished Expert (NRA Rating)
Shotgun Expert (NRA and API Ratings)
Submachine Gun Expert (NRA Rating)

Curriculum Vitae:
Emanuel Kapelsohn
Page 4

Federal Firearms Licensee and Class III Licensee
Designer and copyright holder, IALEFI-Q, IALEFI-QP, IALEFI-QR and derivative targets (millions used by numerous law enforcement agencies, and academies nationwide; used worldwide by U.S. Marine Corps Security Detail – U.S. Embassy security; Wyoming Law Enforcement Academy target; Wisconsin DOJ training target; et al.)

Testified regarding firearms before the United States Senate Judiciary Committee (Subcommittee on the Constitution), United States House of Representatives Judiciary Committee (Subcommittee on Crime), New York City Council, New Jersey Assembly Committee on Law and Public Safety, Massachusetts General Assembly Committee on Law and Public Safety, and Florida Legislature Committee on Law and Public Safety, California DOJ

Selected by Citizen Ambassador Program as Delegation Leader for American Law Enforcement Firearms Instructors Exchange Program to China, planned for Spring 1988 (trip did not occur).

Consultant to Sturm, Ruger & Co. regarding law enforcement firearms and development of law enforcement firearms training programs. Presented several demonstrations and familiarization courses with Ruger service pistols at police academies and agencies in Canada, including RCMP Academy, Regina, Canada

Consultant to Springfield Armory regarding development of self-defense handguns for the civilian consumers.
Boy Scouts of America, Merit Badge Counselor for Rifle and Shotgun

New York State IPSC Championships (1979): 5th place overall
National Tactical Invitational, Harrisburg, PA (1992): 7th place overall
National Tactical Invitational, Harrisburg, PA (1993): 4th place overall
IALEFI Stephen House Memorial Match, Reno, NV (1993): 6th place overall
IALEFI Stephen House Memorial Match, Amarillo, TX (1994): 11th place o/a

Hundreds of hours accompanying police and security officers and/or participating in patrol and enforcement activities throughout the United States and several foreign countries, including routine patrol, traffic enforcement, armored transport, vehicular and foot pursuits, K-9 searches, response to crimes in progress, raids, response to shootings, arrests at gunpoint, response to threatened suicides, alarm response, road blocks and checkpoints, domestic disturbances, barricaded gunman, etc.

Qualified as expert witness by state courts in New York, New Jersey, Florida, Pennsylvania, Maryland, Arizona, Wisconsin, Connecticut, Georgia, Tennessee, Michigan, Wisconsin, and California, and by federal courts in Pennsylvania, New York, New Jersey, Connecticut and Tennessee; has consulted and testified on subjects including firearms, firearms training, safety, use, functioning, operability, maintenance and design; inspection and testing of firearms; holster design and weapon retention; firearms accidents; involuntary muscular contraction and unintentional discharge of firearms; physiological and

Curriculum Vitae:
Emanuel Kapelsohn
Page 5

perceptual/psychological effects of gunfight stress ("adrenalin dump" or "fight or flight syndrome") including tunnel vision, auditory exclusion, time distortion, tachypsychia, schema; distinguishing toy guns, airguns and other objects from firearms; firearms-related tactics and police procedures; covering of suspects at gunpoint; defensive tactics; use of force in correctional facilities; training psychomotor skills; gunfight statistics and conditions; written training and use materials, including warnings and user's manuals; ammunition and ballistics, including bullet trajectories, trajectories through glass; ricochets, bullet penetration and expansion, gunshot wound ballistics, behavior of projectiles upon striking steel and other surfaces, cartridge pressures, cartridge case ejection patterns, muzzle flash, and gunshot noise; reaction time and action vs. reaction; threat level assessment and justification for use of deadly and non-deadly force; police pursuits and use of force during police pursuits; arrest procedures; firearms history and development; firearms recoil; firearms toolmarks; non-powder guns; vision, threat assessment and shooting under reduced light conditions; concealability of firearms; firing range design, safety and maintenance; paintball and other non-powder guns; ammunition reloading and inspection; home storage of firearms; so-called "Saturday Night Specials," tachypsychia, tunnel vision; knife threats; use of "OC" (pepper spray); Taser; speed of firing shots; "21 Foot Rule" and time to cover distances; reconstruction of shooting scenes, etc. Clients and parties on behalf of whom cases have been undertaken have included the U.S. Department of Justice, Department of Energy, and Drug Enforcement Administration; Attorney General's Offices of Pennsylvania, Wyoming and Louisiana; Atlantic County (NJ) Prosecutor's Office; Monroe County (PA) District Attorney's Office; Cumberland County (PA) District Attorney's Office; State of Georgia (Atlanta Judicial District); Cities of Pittsburgh (PA), Newark (NJ), Bridgeport (CT), Egg Harbor City (NJ); Town of East Haven (CT); Federal Way (WA); Chicago; New York; San Diego (City and County); Jacksonville; Nashville; Milwaukee; Public Defender's Offices of Monroe County, Clarion County and Lycoming County (PA); State of Delaware Public Defender's Office; Bianchi International; Safariland, Inc.; Glock, Inc., O. F. Mossberg & Sons, Para-Ordnance Mfg, Inc., SigArms, Inc.; Remington Arms; private attorneys representing defendants in criminal and administrative proceedings, and private attorneys representing plaintiffs and defendants in civil cases.

Advisory Board Member, Firearm Injury Research Project (national research project conducted through FICAP at University of Pennsylvania) 2001-2005
Member, Firearms Section (formerly Firearms Committee), American Society of Law Enforcement Trainers (2000-2003)
Consultant to Pennsylvania Municipal Police Officers Education and Training Commission (pro bono) on development of new firearms and use of force curriculum for use at police academies throughout the state; revision of firearms and use of force curriculum in 2015 after 14 years of statewide use; development of use of force mandatory in-service training program (2015)
Consultant to Allentown Jewish Community Center on security issues (pro bono, 1998-2000)

Curriculum Vitae:
Emanuel Kapelsohn
Page 6

Consultant to The Swain School, Allentown, PA, on school security issues (pro bono, 1999-2003)

Para-Ordnance Armorer-Trainer and Instructor-Trainer.  Under contract with Para-Ordnance Mfg. Co., developed and presented armorer and instructor training programs.

Kimber Pistol Armorer-Trainer and Instructor-Trainer.  Under contract with the City of Tacoma, and as authorized by Kimber Mfg. Co., developed and presented law enforcement armorer and instructor training programs, including writing armorer notebook, instructor notebook, and related materials.

Hunter since age 10:  varmints and small game (New Jersey, Pennsylvania, Indiana); deer (New York, New Hampshire, Pennsylvania, Alabama, Louisiana, Indiana); pheasant and partridge (Pennsylvania, New Jersey); ducks Louisiana); dove (Pennsylvania); woodcock (Connecticut); wild boar (NH, TX, OH).

Handloader and reloader of ammunition, including bullet casting (1978 -    )

Oregon Department of Public Safety Standards & Training – Certified Firearms Instructor (2002)

Commonwealth of Pennsylvania, Municipal Police Officers Education & Training Commission, subject matter expert - member of standing Firearms Committee developing guidelines, policy and standards on firearms issues; member of committee developing state-wide standards for police patrol rifle (2003 -    )

Good Shepherd Hospital Charity Sporting Clays Tournament (2002, 2004, 2005)

Consultant to City of Easton regarding Easton Police Department firearms training, policies and procedures, and Easton SWAT Team (2005).

Certified Benelli Shotgun Armorer (2006)

Chairman, Firearms Committee, Berks County Sheriff's Department.  Chaired departmental committee hearings, making determinations with regard to intentional and accidental shootings.

Consultant to Lehigh County Municipal Emergency Response Team ("MERT") regarding use of force policies (2006-2007).

Consultant to California U. of Pennsylvania re. firearms and use of force policy

U.S. Department of Justice:  included on list of attorneys selected to provide emergency interim legal representation of federal agents involved in shootings (2000-    ).

Invited by Chinese government to travel to China to teach police firearms instructors (2010; declined invitation)

"Governor's Award," Indiana Police Firearms Training Association (2010)

Recipient, 2012 IALEFI "Charlie Smith Award" ("In recognition of your tireless efforts and unwavering loyalty to the goals, ideals, and members of our organization.")

Appointed to Advisory Board, Armed Citizens Legal Defense Network (2012)

Consultant to PA MPOETC in revision of police academy curriculum (2014-15)

**TRAINING
COURSES
ATTENDED:**

API Basic Pistol Course (1979):  Expert rating; finished second in class

API Special Pistol Course (1980):  Expert rating; finished first in class

API Defensive Shotgun Course (1981):  Expert rating; finished second in class.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 7

API Rifle Course (1983):  Expert rating; finished third in class.
American Small Arms Academy, Submachine gun tutorial, Chuck Taylor (1981)
Police Marksman Association Police Officer Advanced Street Survival Seminar
  (Instructors Massad Ayoob, Ray Chapman, Jim Morell, et al., 1983):  Certif.
Red Cross First Aid Course (1984):  Certificate
Red Cross CPR Course (1984):  Certificate
Red Cross CPR Course (1991):  Certificate
New Jersey Hunter Safety Courses (1966, 1967, 1968):  Certificates
NRA Security Firearms Instructor School (FBI Academy, Quantico, VA 1984):
  Pistol Expert, Revolver Expert, and Shotgun Expert:  Certificates
Law Enforcement Training - Survival 3 Seminar (1984):  Certificate
International Police Academy - Morell-Trained Instructors Seminar
  (Instructors Jim Morell and John Desmedt, 1984):  Certificates of Training
  in Principles of Control and in Advanced Instructor Training
BSR Counter-Terrorist Driving School (Summit Point Raceway, West Virginia,
  1984):  Certificate
International Police Academy - Defensive Tactics Instructor Level 1
  (Sampson Technical College, Clinton, NC 1984):  Certificate
FBI Firearms Instructors Course (Burlington County Police Academy, 1985):
  Certificate
International Police Academy - Master Instructors Seminar (Instructors Morell,
  Desmedt, et al., 1985):  Certificate and Guest Instructor Award
  1984 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Nashville, TN):  Certificate
91st Annual Conference, International Association of Chiefs of Police
  (Salt Lake City, UT 1984)
LAPD Ordnance Exposition (Los Angeles 1984):  Seminars on Handgun
  Survival; Firearms Evidence; Officer-Involved Shooting Incidents: Certificates
ESI Advanced Executive Protection Program (Aspen, CO 1985):  Certificate
  and State of Colorado Executive Protection Specialist License
1985 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Philadelphia, Police Academy):  Certificate.
  Presented instructor-level class on close-range shooting techniques
U.S. Marshal Service Automatic Weapons and Officer Survival Course
  (North Carolina 1985):  Certificate
Tactical Response Association Ordnance Exposition (Las Vegas, 1986):
  Attended seminars on Rapelling SAS Method, Shooting Simulation Response
  Course, Satanic Cults and Crimes, Terrorism Perspective 1986, and
  International Terrorism Symposium:  Certificates
NRA Law Enforcement Rifle Instructor School (U.S. Marine Base, Quantico,
  VA 1986):  Scored 99.33% on firing test:  Certificate
1986 National Training Conference, International Association of Law
  Enforcement Firearms Instructors (Orlando, FL):  Certificate.  Presented
  instructor-level classes on Dim-Light Handgun Shooting; Police Shotgun
International Police Academy - Straight Baton Class (Instructor Jim Morell,
  Allentown, PA  1986):  Certificate
Department of Defense Tactical Team Training Seminar (ARDEC, 1986):
  Certificate
Calibre Press Street Survival Seminar (Atlantic City, NJ 1986):  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 8

Tactical Response Association World Conference on Terrorism (Washington, D.C. 1987):  Attended seminars on GSG 9 Tactics, Hostage Negotiation, and Making of SWAT Teams:  Certificate

Glock Armorer's Course (Beltsville, MD 1987):  Certificate

Ordnance Expo '87 (Chicago, IL):  Attended seminars on Vicarious Liability for Law Enforcement/Psychological Screening of Officers; Indoor and Outdoor Range Design; Tactical Load-Bearing Vests for Special Operations; and Revolvers vs Semi-automatic Pistols

NLETC Lindell Handgun Retention System Course (1987):  Intermediate Trainer Certification

1987 National Training Conference, International Association of Law Enforcement Firearms Instructors (Mesa, AZ):  Certificate.  Presented instructor-level classes on tactical use of cover.

NRA Law Enforcement Semi-Automatic Pistol Seminar (U.S. Marine Base, Quantico, VA 1987).  Attended and served as Chief Instructor for this course.

NRA National Instructors Conference (Orlando, FL 1988):  Attended sessions on NRA Personal Protection Course and on Modern Rifle Training Techniques

Tactical Operations Seminar (Law Enforcement Defensive Systems.  New Jersey 1988.  Instructor Robert J. O'Brien):  Certificate

AAI Corporation Law Enforcement Chemical Munitions Training Program (New Jersey 1988):  Certificate

Factory Tours and Visits:  Colt Firearms (Hartford, CT); Smith & Wesson (Springfield, MA); Mossberg (North Haven, CT); U.S. Repeating Arms Co. (New Haven, CT); Sturm Ruger & Co. (New Hampshire and Prescott, AZ); Winchester (East Alton, IL); Swartklip Munitions (South Africa); Glock Gesmbh. (Austria); AV Technologies (Michigan); Second Chance Body Armor (Michigan); Para-Ordnance (Toronto); Keystone Sporting Arms (Milton, PA); Kimber Mfg. Co. (New York); Mossberg/Maverick Arms (Eagle Pass, TX); Glock, Inc.  (Smyrna, GA 2014).

SHOT Shows and NRA Annual Shows: attended various years 1984-2012 et seq.

Museums visited (arms and armor collections) include Winchester Gun Museum (New Haven, CT), Museum of the Confederacy (Richmond, VA), Arms and Armor Museum (Kutztown, PA), Metropolitan Museum Arms and Armor Collection (New York, NY), National Firearms Museum (Fairfax, VA), U.S. Marine Corps Museum (Quantico, VA 1987), West Point Museum (West Point, NY),   Pennsylvania State Police Weapons Collection (Hershey, PA), U.S. Army Ordnance Museum (Aberdeen Proving Grounds, MD), Texas Rangers Museum (San Antonio, TX), and private tour of Division Balistique, Laboratoire de Police Scientifique at Police Headquarters, Paris, France (ballistics laboratory and weapons collection); National Museum of the Marine Corps (Quantico, VA 2008).

Visit to G.I.G.N. Headquarters to observe firearms training and facilities (French Gendarmerie Counter-terrorist and Hostage Rescue Team), Versailles, France (2008)

SIGARMS Law Enforcement Firearms Familiarization Course (October 1988):  Certificate

1988 National Training Conference, International Association of Law Enforcement Firearms Instructors (St. Augustine, Florida):  Certificate.  Presented instructor-level class on dim-light assault rifle and shotgun

Curriculum Vitae:
Emanuel Kapelsohn
Page 9

techniques; moderated panel discussion on semi-auto pistol transition training.

Second International Training Seminar, American Society of Law Enforcement Trainers (Kansas City, Missouri 1989): Certificate. Presented instructor-level classes on draw and close-range handgun techniques; attended classes on training female officers, straight baton techniques, maximization of revolver skills, and teaching psychomotor skills

Wound Ballistics Seminar (Instructors Dr. Martin L. Fackler, M.D., et al.) Phoenix, Arizona 1989): Certificate

1989 National Training Conference, International Association of Law Enforcement Firearms Instructors (Salt Lake City, Utah): Certificate. Presented instructor-level class on dim-light assault rifle and shotgun techniques

NRA Law Enforcement Submachine Gun Instructor Development School (Burlington County NJ Police Academy 1989): Certificate

H&K MP-5 Submachine Gun Course (Sterling, VA 1989): Certificate

H&K MP-5 Instructor Course (Sterling, VA 1989): Certificate

SIG Pistol Armorer's School (Richmond, VA 1990): Certificate

1990 Annual Training Conference, International Association of Law Enforcement Firearms Instructors (Washington, D.C.): Certificate. Attended courses on range control, use of cover, and shotgun. Presented instructor-level classes on concealed carry handgun, auto-pistol transitional training, and dim-light handgun and shotgun; participated in panel discussion of police handgun caliber selection and effectiveness

IALEFI Regional Training Conference (Dutchess County, NY 1991): Presented classes on cover mode and involuntary discharge; advanced shotgun techniques. Attended classes on use of lethal force (Lt. James Garside) and advanced auto-pistol techniques (S&W Academy Staff)

1991 Annual Training Conference, Internat'l Association of Law Enforcement Firearms Instructors (Mesa, AZ): Certificate. Attended courses on concealed carry, range training vs. real world, utilization of steel targets, Berkeley shooting incident, wound ballistics (Fackler), perception vs. reality in use of lethal force (Garside), and handgun inspection. Courses taught: see below

Police Long Rifle Certification Course, International Association of Chiefs of Police (Ft. Dix, NJ 1991)

American Society of Law Enforcement Trainers Fifth International Training Seminar (Milwaukee 1992): Certificate. Attended courses on wound ballistics (Marshall), dealing with the hostile learner, principles of adult learning. Courses taught: see below

IALEFI Regional Training Conference (Dutchess County, NY 1992): Attended classes on bullet performance (Ayoob), semi-automatic police shotgun (Felter), and tactical handgun (Hackathorn): Certificate. Courses taught: see below

IALEFI Regional Training Conference (Long Island, NY 1992): Attended class on counter-sniper rifle: Certificate. Courses taught: see below

Ken Hackathorn Tactical Firearms Course (Pottsville, PA 1992) for handgun, shotgun, and submachine gun: Certificate

1992 IALEFI Annual Training Conference (Tampa, FL): Certificate. Attended courses on tactical handgun (Halleck/Odle); Close Quarters Firearms Control Tactics (Klugiewicz); Reaction vs. Precision Shooting (Rogers); Tactical Planning Principles/Cover Utilization (Casavant). Courses taught: see below

Curriculum Vitae:
Emanuel Kapelsohn
Page 10

Police Counter-Sniper Rifle Course, Instructor Group, U.S. Army Marksmanship
  Training Unit (Ft. Benning, GA 1992):  Certificate
Real Life Personal Security Program (Dale Yeager, Instr.  Pottstown, PA 1993)
1993 IALEFI Annual Training Conference (Reno, NV):  Certificate.  Attended
  courses on Tactical Handgun (Campbell), Planning for Critical Incidents
  (Cassavant), Gunfight Dynamics (Repass, et al.).  Courses taught:  see below
IALEFI Regional Training Conference (Nassau County, NY 1993):  Certificate.
  Attended classes on use of force continuum and perception (Garside);
  realistic knife defense.  Courses taught:  see below.
Aerosol Chemical Restraint User Class (Wernersville Police Department, 1993):
  Certificate
1994 IALEFI Annual Training Conference, Orlando, FL:  Certificate.  Attended
  courses on Dynamic Teaching Techniques (R. Lindsey); Defensive Tactics
  for Women (Sgt. Pam Miller).  Coordinated safety for all training events.
  Courses taught:  see below
Search & Rescue Tracking, Ashmore Enterprises (CT (1994):  Certificate
Management of Workplace Violence, ASIS, Reading, PA (1994).
CPR and Emergency Cardiac Care Provider course, American Heart
  Association, and Oxygen Therapy Emergency Response Training, SOS
  Technologies (OTI authorized) (1995, recert. 1996, 1999)
Colt Armorer Course (Ct. 1995):  Certificate
LFI-1:  Judicious Use of Deadly Force (Lethal Force Institute, Massad
  Ayoob, Instr. 1995):  Certificate
1995 IALEFI ATC, Amarillo, TX:  Certificate.  Attended course on Law
  Enforcement Officers Flying Armed (FAA approved course:  Certificate)
OCAT Oleoresin Capsicum Aerosol Instructor Training, Harrisburg Area
  Community College (1996):  Certificate
Concealed Carry Handgun Course, Arizona Law Enforcement Firearms
  Instructors Annual Training Conference, Mesa, AZ (1996):  Mark Fricke,
  Instructor
NRA Law Enforcement Tactical Firearms Instructor School, U.S. Marine Base,
  Quantico, VA (1996):  Certificate
Urban Rifle Course, Thunder Ranch, TX (Clint Smith, Instr. 1996):  Certificate
1996 IALEFI ATC, Mesa, AZ:  Certificate.  Attended courses on Weapon
  Defense (Klugiewicz); Officer Survival (FBI).  Coordinated safety for all
  events.  Courses taught:  see below
Defensive Tactics/Personal Weapons Course, Paradigm Training (1997):
  Certificate
FATS Instructor-Trainer Certification Course (MPOETC, Harrisburg, PA
  1997):  Certificate
1997 IALEFI ATC, Columbia, Missouri:  Certificate.  Attended courses on
  Protective Detail Training (Wilt); Sharpening the Warrior's Edge
  (Bruce Siddle); Use of the Handgun In A Hostile Environment
  (Spaulding); and The Bulletproof Mind (Lt. Col. Dave Grossman).
  Coordinated safety for all events.  Courses taught:  see below
NTOA Tactical Technologies Expo (Philadelphia, 1998):  Attended courses
  on Domestic Terrorism, Less Lethal Projectiles, and U.S. Military's
  Warfighting Laboratory Project.  Certificate

Curriculum Vitae:
Emanuel Kapelsohn
Page 11

Security for Overseas Travel.  Vance International, Reading, PA, 1998
NTOA Less Lethal Impact Munitions Instructor Course, Bucks County
  Police Academy (1998):  Certificate
Oleoresin Capsicum Aerosol User's Course, Paradigm Consulting Corp.
  (1998):  Certificate
Monadnock Expandable/Straight Baton Advanced Course (Tim Lynch,
  Instr.) 1998:  Certificate
1998 IALEFI ATC, West Palm Beach, FL:  Certificate.  Attended courses on
  Training Injuries and Deaths (Kat Kelly/Robert Bragg); Confined Space
  Weapons Engagement (Slowik); The Bulletproof Mind (Lt. Col. D. Grossman)
Taser Master Instructor Course (Instructor Rick Smith. VA, 1999):  Certificate
IALEFI RTC, Philadelphia Police Academy, PA (1999):  Certificate.  Attended
  courses on Patrol Rifle Course Design; Practical Shotgun Skills; and Dim Light
  Training Techniques
Pennsylvania Hunter Safety Course (1999):  Certificate
1999 IALEFI ATC, Phoenix, AZ:  Certificate.  Attended courses on Innovative
  Training on a Limited Budget; Mental Preparation for Armed Confrontations
  (Croty); Edged Weapons (Lynn Thompson); Instructor Development (Wilt);
  and Recreation of Officer-Involved Shootings (Westrick)
2000 ASLET International Training Seminar, Richmond, VA:  Certificate.
  Attended courses on Patrol Rifle Training Programs; Building Search (contin.)
  Tactics; Use of Deadly Force; Maximizing Time & Budget in Firearms
  Training; Post-Shooting Procedures (Grassi); Backup & Contact/Cover
  Principles; Firearm Retention & Disarming (Demetriou); Advanced
  Firearms Instructor Training (FBI Training Cadre); Training Female
  Shooters; Protocol for Major Use of Force Investigations (Michael
  Stone, Esq.); Point Shooting (Lovette).  Trained on use of force
  simulators (FATS, Caswell AIS, American Laser Technologies)
IALEFI RTC, Philadelphia Police Academy (2000):  attended courses on
  Response to Active Shooters in Schools (L. Glick); Dim-Light Shotgun
  Skills (Boyle).  Courses taught:  see below
Gunshot Wounds Seminar, Reading, PA 2000.  J. Holliman, M.D., Instructor
2000 IALEFI ATC, Tampa, FL:  Certificate.  Attended courses on Urban
  Rifle (Farnam), Ultimate Shotgun (Hoffner), Point Shooting (Chiodo and
  Lovette), and Bulletproof Mind (Grossman).  Coordinated safety for all
  events.  Courses taught:  see below.
Patrol Response to Active Shooters in Schools and Public Buildings, NTOA
  (Exeter Twp. Police Dept., PA, April 2001, L. Glick, Instructor): Certificate.
NRA Police Precision Rifle Instructor Development School.  The Crucible,
  Fredericksburg, VA (2001):  certificate of successful completion
2001 IALEFI ATC, Reno, NV:  Certificate.  Attended courses on Gender-Based
  Learning Differences (V. Farnam), Simulation Training and Munitions
  (Klugiewicz).  Assistant Safety Coordinator for all events.  Courses taught:  see
  below.
Glock Armorer Course (Recertification):  Wind Gap, PA (2002):  Certificate
GAU/17 7.62mm NATO ("GE Mini-Gun") Training, Patrick Air Force Base,
  Melbourne, Florida (2002)
GAU/17 7.62 mm NATO Training, Crane Naval Surface Warfare Center,
  (Crane Air Force Base) Indiana (2002)

Curriculum Vitae:
Emanuel Kapelsohn
Page 12

2002 IALEFI ATC, San Diego, CA:  Certificate.  Attended course on Dim-Light Survival Techniques (Ken Good, Instructor).  Chief safety coordinator for all events.  Course taught:  see below.

2003 IALEFI ATC, Orlando,FL:  Certificate.  Attended courses on Advanced Tactical Rifle Techniques, Shoothouse Instructor Development, Rapid Response to Active Shooters, Vehicle Stop Response Tactics, Stress Analysis Shooting Situations, Mental Conditioning and Mindset (Capt. Joe Robinson), and Blackhawk Down Lecture (Col. Danny McKnight).  Attended trade show and hands-on weapons demonstrations.

Price's American Kenpo Karate Center.  Leesport, PA.  Student in Kenpo Karate (2003-2004)

Threat Analysis Seminar, Reading, PA (2003):  Certificate.  Instructor Richard L. Ault, Ph.D., Academy Group, Inc., former SA, FBI Behavioral Science Unit

Warrior Arts Seminar (Stick and Knife Fighting).  Al McLuckie, Instructor.  Leesport, PA (2004).

ATF Dim Light Firearms Training.  Los Angeles Police Academy. (2004)

Taser Master Instructor Recertif. Course.  Fogelsville, PA (2004).  Certificate

2004 IALEFI ATC, Dayton, Ohio.  Certificate.  Attended classes on Performance Under Stress (Ernest Langdon), Use of Laser Sighting Devices (Hackathorn), Pistol Skills (D. Carroll), and presentation on training principles (CSM Eric Haney).  Assisted with Handgun Safety Check.  Course taught:  see below.

Berks County Sheriff's Department, semi-annual training and qualification sessions with handgun, shotgun and/or patrol rifle (1997-2004)

Disaster Planning:  Meridian Bank Fire.  ASIS Lehigh Valley  Chapter. (2005)

SHOT Show (Las Vegas, 2005).  Attended industry trade show.

2005 IALEFI ATC, Reno, Nevada.  Certificate.  Attended classes on Officer Involved Shooting (Marcus Young);  Research on Firearms Ejection Patterns, Reaction Time, Perceptual Distortions Under Stress, and Other Physio-Psychological Gunfight Reactions (Dr. Wm. Lewinsky);  The Winning Mind (Brian Willis);  Innovative Low-Light Training;  Finishing the Fight (Jeff Hall);  Use of Force Options and Policy (Jon Blum);  Close-Range Point Shooting (Matt Tempkin);  Application of Marksmanship;  Training at the Speed of Life (Ken Murray).  Course taught:  see below.

Repetitive Strain Injuries (Somerset, NJ  2005)

Use of Force in Pennsylvania (Philadelphia 2006).  6 CLE credit hrs.  Certificate

SHOT Show (Las Vegas, 2006).  Attended industry trade show.

2006 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended classes on Patrol Rifle, Survival Vision; Handgun Light Instructor, Cops on the 4th Generation Warfare Battleground (DuVernay); Concealed Carry;  Managing Use of Force Training (Albert Lee);  Mindsighting (Dr. Michael Asken).

Benelli Shotgun Armorer's Course (West Paterson (NJ) Police Department 2006)

BATF Training Classes, "Characteristics of Armed Suspects," "Firearms Identification," and "ATF Firearms Trace Program."  Alvernia College (2007)

SHOT Show (Orlando, FL 2007).  Attended industry trade show.

Mastering the Defensive Folding Knife.  Northeastern Tactical Schools.  Michael de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.

Firearm Retention, Disarming and Recovery.  Northeastern Tactical Schools.  Michael de Bethencourt, Instructor.  (Hellertown, PA 2007)  Certificate.

CDT Personal Protection Training.  (Reading, PA 2007)  Level 1 Certificate.

Curriculum Vitae:
Emanuel Kapelsohn
Page 13

2007 IALEFI ATC, San Antonio, TX.  Certificate.  Attended classes on Tactical Anatomy (James Williams, MD), Patrol Rifle (D. Alwes), Close Quarters Handgun Techniques (H. Iverson), Hojutsu-Ryu (J. Hall), Handgun Light Instructor, Virtual Reality Training (Livefire Interactive), Legal Standard – Objective Reasonableness (T. Harper, Esq.).

Seminar, "Police Involved Shootings – When the Smoke Clears."  Westchester County Detectives Association (Yorktown Heights, NY 2007).  Instructors Michael Baden, MD (Chief Forensic Pathologist, NYSP), Thomas Martin (Sr. Investigator, Forensic Ident.Unit, NYSP), ADA Michael Hughes (Public Integrity Bureau, Westchester DA's Office), Det. Michael Palladino, and Emanuel Kapelsohn (see below).  Certificate

SHOT Show (Las Vegas, 2008).  Attended industry trade show.  Attended seminar on proper firearms retailing procedures to comply with legal and regulatory requirements, and seminar on advances in, testing and selection of OC aerosol devices.

2008 IALEFI ATC, Reno, NV.  Certificate.  Attended classes on Combat Mindset, Response to Active Shooters (rifle and handgun), One-Shot Qualifications, Treatment of Medical Emergencies for Firearms Instructors, Mental Preparation.  Competed in Memorial Match.  Classes taught-see below.

Indiana Pre-Basic Law Enf. Officers Course.  2008.  Successfully completed.

Indiana Basic Firearms Course.  Greene County Sheriff's Department (2008).  Qualified with SIG P229 handgun (expert rating) and Remington 870 shotgun.

Indiana Basic Defensive Tactics Course.  Greene County Sheriff's Department (2008).  Successfully completed.

Response to Active Shooters.  Greene County, IN (2008).  Presented by Crane Naval Surface Warfare Center.  Successfully completed.

Shooting Scene Reconstruction Course, Eugene (OR) Police Department, 2008.  Mike Haag, Instructor.  Certificate

2009 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL.  Attended courses:  New Paradigms in Firearms Training (Conti), Human Factors and Stress in Lethal Confrontations (Darrell Ross, Ph.D., et al.), Active Shooter Update (Alwes), Taser Training Overview/Update, Tracking Down Valid Firearms Training (G. Morrison, Ph.D.), plus trade show and handgun competition.  Taught course on use of force policy (see below).

2009 IALEFI ATC, West Palm Beach, FL.  Certificate.  Attended industry trade show;  shot in IALEFI Memorial Match.  Attended lectures and classes:  Von Maur Shooting;  Firearms Training for Active Shooter Response; Law Enforcement Legal Liability; Tactical Response to Lethal Threats (Allen & G. Lee); Teaching Female Shooters; A Collaborative Approach (L. Hamblin, C. Schroeder, et al.); Teaching Female Shooters; Expert Witness Preparation for the Firearms Instructor; Benefits and Risks of Verbalization in Deadly Force Encounters (G. Klugiewicz).  Course taught:  see below.

Tactical Treatment of Gunshot Wounds.  Anthony M. Barrera, M.D. (Lebanon, IN 2009.  Certificate.)

Active Shooter Response.  Greene County, IN (2009).  Presented by personnel from Crane NSWC.

Force Science Certification Course.  Milwaukee County Sheriff's Office, Milwaukee, WI.  Force Science Institute.  Dr. Bill Lewinski, Dr. Anthony

Curriculum Vitae:
Emanuel Kapelsohn
Page 14

Pinizzotto, Dr. Joan Vickers, Dr. Ed Geiselman, Dr. Alexis Artwohl, Dr. Richard Schmidt, Dr. Matthew Sztajnkrycer (2009. Certificate.)

2010 Conference, International Law Enforcement Educators & Trainers Association ("ILEETA"), Chicago, IL. Attended courses: Handgun Retention and Disarm Instructor (certificate); Characteristics of Exceptional Trainers; Critical Combative Concepts; Smart Use of Force; Heroic Cynicism – How to Live Life in the Arena (Van Brocklin); Stress in Law Enforcement (Artwohl); In Pursuit of Personal Excellence (Brian Willis); Warriors, Force and Winning (certificate). Attended law enforcement products trade show.

"The Bulletproof Mind," Lt. Col. Dave Grossman. Boone County Sheriff's Department (2010)

2010 IALEFI Annual Training Conference, San Antonio, TX. Attended law enforcement products trade show. Conducted Handgun Safety Check for 120 first-time attendees. Attended courses: Begged, Borrowed, Stolen; So You're Qualified – Now What?; Off-Duty Weapons (M. Boyle); Excited Delirium; Diagnosing Shooters (A. Stallman). Course taught: see below. Certificate.

Indiana Hunter Education/Hunter Safety Course (2010). Passed, issued card.

Police Defensive Tactics Refresher (2011). Greene County Sheriff's Department

Emergency Vehicle Operations Course (2011). Greene County Sheriff's Dept.

2012 SHOT Show, Las Vegas, NV. Attended trade show, and courses on Low Light Equipment and Techniques (Instructor J. Meyer) and "Train the Trainer, Below 100," (Instructors Dale Stockton, et al.)

Terminal Ballistics and Field Trauma Care, Greene County Sheriff's Department (2012)

2012 ILEETA Conference, Chicago, IL. Attended courses: Law Enforcement/Media Relations; Taser Training & Updates; Range Emergencies; Advanced Firearms Training on a Limited Budget; Police Use of Force Training & Preparation (Chudwin); Deadly Force Training Performance & Officer Safety; Designing Stress-Exposure Training; Swarming, Flash Mobs & the OODA Loop; Verbal Defense & Influence ("Verbal Judo") (Klugiewicz); Street-Level Counter-Terrorism; Use of Force Accountability (Brave); Positive Relations – Law Enforcement & Armed Citizens; Deadly Force Panel of Experts (panelist). Also attended industry trade show.

2012 IALEFI Annual Training Conference, Nashville, TN. Attended courses: Arrest and Control Tactics (Beckley); Simple Martial Art for Self-Defense (Albert Lee); Patrol Rifle Basics; Sports Physiology Approach to Firearms Training; Filling the Tank; Warriors & Leaders; Great American Gunfights. Instructed: Firearms Instructor as Expert Witness. Also, attended industry trade show and hands-on firearms demonstrations.

2013 IALEFI Annual Training Conference, Mobile, AL. Attended courses: Confined Space Engagement (Farren); Vision-Based Shooting (Stimmell). Also attended industry trade show. Courses taught: see below.

Glock Armorer's Course, Old Bridge, NJ (2013).

Knife Defense/Knife Fighting Seminar, Hank Hayes, Instructor. No Lie Blades. Allentown, PA (2013) (class audited only, due to injury)

2014 SHOT Show, Las Vegas, NV. Attended industry trade show.

2014 ILEETA Conference, Lombard, IL. Attended courses: Shots Fired, Suspect Down (John Bostain); Critical Combative Concepts (Charles Humes); Force Related Policies & Issues (Mike Brave); Critical Look at Firearms

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 15

Qualifications (David McGaha); Police Use of Force Tactics and Law (Chudwin); Gunman in the Lobby, Officer Down (Joe Ferreira); Verbalization Skills (Klugiewicz); Path to Self-Discovery (Bob Lindsey); Street Officer Medical Tactics (Eric Dickinson);  Embrace the Suck- Winning Strategies For Trainers (Brian Willis); "Heroes Behind the Badge"; Deadly Force Expert Panel (Ayoob, et al.); Choose Your Words Wisely (Joanne Ryan and Thomas McGreal); Coaching Mental Toughness (Quinn Cunningham); Sharpening the Winning Edge (Brian McKenna); Interactive Firearms Training (Lt. Dan Marcou). Course taught:  See below.

2014 IALEFI Annual Training Conference, Amarillo, TX.  Attended courses: Surviving the First Three Seconds (Tpr. Hensley); Extended Range Off-Duty Handgun Operation (Michael Johnson); Vision-Based Shooting (Jim Stimmell); Identifying the Limits of Firefight Performance; Threat Pattern Recognition Firearms Training System (Bruce Siddle, Human Factor Research Group) Classes Taught:  see below.

NRA Personal Protection Outside the Home (2014): certificate

2015 SHOT Show, Las Vegas, NV.  Attended industry trade show.

Glock factory tour and armorer-trainer update.  Smyrna, GA (2015)

Winning Mind Seminar, Dave Smith, Instr. ,PA State Police Academy (2015)

2015 ILEETA Conference, Wheeling, IL. Attended courses:  Deadly Force Panel of Experts (panelist, see below); Creating Training Miracles; Understanding Response Time in Law Enforcement; Emergency Preparedness for Law Enforcement Families; Ambush – Preparing Officers for the #1 Killer; Defensive Knife (Halleck); Down to Zero – Unintentional Discharges in Law Enforcement; Becoming Knights – Teaching Warrior Mindset; Mistake of Fact Shootings (Santos); Use of Force Report Writing; Active Shooter Panel Discussion (panelist, see below); Use of Force and Liability; Blended Learning; Lifesaving Made Easy; Think Like a Soldier, Act Like a Cop

2015 IALEFI Annual Training Conference, West Palm Beach, FL.  Attended courses:  Lecture on Leadership (Col. Danny McKnight); Current Issues for Firearms Instructors (Alwes); Developing Courses of Fire (Marrs); Contaminated Combat (Liske, audited only); Reflex Sights (Martello); Close Quarter Transitions (Jeff Prather).

Gun Law Seminar, U.S. Law Shield, Allentown, PA (2015)

Tavor Level 1 Armorer's Course, including 9mm Conversion and Right/Left Hand Conversion.  Harrisburg Area Community College. Certificate (2015).

FN M4 Armorer Course, Berks County Prison, Leesport, PA (2015).  Certificate.

IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY (2015). Certificate.  Attended classes on Use of Force (Chief James Garside), Lateral Vascular Neck Restraint (Thomas Graham); and Master Pistol Instructor Skill Builder Class (Steve Gilcreast, Sig Sauer Academy).. Class taught:  see below.

**PROFESSIONAL
ASSOCIATIONS
& MEMBERSHIPS:**

American Bar Association (Member 1978-1997)
Association of the Bar of the City of New York (Member 1978-1998)

Curriculum Vitae:
Emanuel Kapelsohn
Page 16

Pennsylvania Bar Association (Member 1994-2007, 2012-present)
Bar Association of Lehigh County (Member 1994-2007, 2012-present)
Pennsylvania Trial Lawyers Association (Member through 2004)
Association of Trial Lawyers of America (Member through 2004)
American Inns of Court (Member 2000-2007)
Barristers Inn, Allentown, PA (2012-present)
National Rifle Association (Endowment Member)
International Association of Chiefs of Police (Associate Member 1985-1992)
International Association of Law Enforcement Firearms Instructors (see above)
Police Marksman Association (Member, Nat'l Advisory Board 1987-2004)
American Society for Industrial Security (Member)
Tactical Response Association (former Charter Member)
Justice System Training Association (former Member)
American Society of Law Enforcement Trainers (former Charter Member)
Outdoor Writers Association of America (Member 1987-1990)
U.S. Practical Shooting Association (former Member)
U.S. Revolver Association (Member 1983-1989)
Pennsylvania Chiefs of Police Association (former Associate Member)
Pennsylvania Sheriff's Association (former Associate Member)
Appointed Senior Research Associate, Carnegie Mellon University Center
  for the Advancement of Applied Ethics (1994)
Appointed to Advisory Board, AWARE (1995)
Appointed as Fellow, Defensive Handgun Training Institute (1996)
Appointed to Pennsylvania Municipal Police Officers Education and Training
  Commission Committee to develop standards and curriculum for decision-
  making training simulator/judgmental use of force mandatory in-service
  training program (1997-98); Curriculum Development Committee for
  revision of Act 120 Police Academy curriculum used statewide; patrol rifle
  training standards (2004-  ); revision of Act 120 Police Academy lesson
  plans, training videos, and related materials used at all police academies in PA
  (2015); and development of Mandatory In-Service Training Program on "Use
  of Force" (2015 development for 2016 presentation statewide) .
National Tactical Officers Association (former Member)
Associate Member, Fraternal Order of Police (Linton, Indiana Chapter 2008-12)
Member, International Law Enforcement Educators and Trainers Association
  (2009 -      )
Member, Advisory Board, Armed Citizens Legal Defense Network (2012 - )

## SELECTED MEDIA REFERENCES
## AND ACKNOWLEDGMENTS:

EMANUEL KAPELSOHN interviewed, mentioned and pictured in THE GUN
DIGEST BOOK OF COMBAT HANDGUNNERY by J. Lewis and J.
Mitchell (Northfield, IL 1983).  Quote from p. 117:"His research and personal
experience in self-defense firearms training make [Kapelsohn] one of the most
qualified people in the business."

EMANUEL KAPELSOHN interviewed on subject of firearms self-defense
on ABC Television show "What's Up, America?" (1980 and re-run)

Curriculum Vitae:
Emanuel Kapelsohn
Page 17

"Midland Park Hires Weapons Specialist," The Sunday News (Ridgewood,
  NJ. March 1984)

"Firearms Trainer to be Hired," Suburban News (Wayne NJ. March 21, 1984)

"Midland Park Will Hire Firearms Pro for 9mm Courses," The Northwest News
  (Midland Park, NJ. March 22, 1984)

"Gun Expert Rated High," The Sunday News (Ridgewood NJ. April 8, 1984)

"Crime Rise Has Women Taking Up Arms," The Times (Trenton NJ.
  March 10, 1985)

"Union Launches Training Program to Upgrade Skills for Police,"
  The Star-Ledger (Newark, NJ. November 20, 1985)

Guest Instructor Appreciation Award, International Police Academy
  Master Instructor Seminar (1985)

"Gun Law Won't Stop Terrorists," The Times (Trenton, NJ. May 20, 1986)

"Expert Hits Police Training," The Lawrence Ledger (Lawrenceville, NJ.
  October 24, 1986)

"Lawrence Resident's Love of Firearms Becomes Career," The Star-Ledger
  (Newark, NJ.  December 12, 1986)

"Committee Takes Aim at Detector-Proof Guns," The Star-Ledger (Newark, NJ.
  December 12, 1986)

"Gun Lobbyists Oppose Passage of Bill to Ban Non-Metal Guns," The Times
  (Trenton, NJ.  December 12, 1986)

"Plastic Gun Bill Demolished by Expert's Testimony," NRA Monitor
  (Washington, D.C. Vol. 14, No. 1 January 15, 1987)

"Detection Systems, Not Guns Should Be Focus of Legislation, Says Firearms
  Expert," NRA Monitor (Washington, D.C. Vol. 14, No. 3 February 15, 1987)

"Using Training Consultants" by Bill Clede, Law and Order (March 1987)

"Taking Humanistic Approach to Firearms," Newsday (New York, NY.
  July 20, 1987)

"New Yorkers Learn to Protect Themselves at Gun School," The New York
  Times (New York, NY.  July 20, 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 18

"Citizens Learn to Shoot in Face of Crime," The Sun (Melbourne, Australia.
  August 1, 1987)

"New York's Itchy Trigger Finger," The Advertiser (South Australia.
  July 31, 1987)

"Bill Banning Plastic Guns Debated,"  (Associated Press AAA wire release
  under this or similar title, July 28, 1988, describing Emanuel Kapelsohn's
  Senate Judiciary Committee subcommittee testimony, printed on July 29 in
  hundreds of U.S. newspapers, including the following:

> Alexandria, LA Daily Town Talk
> New Haven, CT Register  (continued, next page)
> Dayton, OH News/Journal Herald
> Wilmington, NC Star
> Cheyenne, WY Eagle
> Delaware, OH Gazette
> August, GA Herald
> Bennington, VT Banner
> Johnstown, PA Tribune-Democrat
> Erie, PA News
> Lynchburg, VA News and Daily Advance
> Bluefield, WV Telegraph
> Mattoon, IL Journal-Gazette
> Casper, WY Morning Star Tribune
> Belleville, IL News-Democrat
> Newark, OH Advocate
> Anchorage, AK News
> Kenton, OH Times
> Canton, OH Repositor
> Waterbury, CT American
> East Liverpool, OH Review
> FT. Walton Beach, FL Playground News
> Vero Beach, FL Press-Journal
> Modesto, CA Bee
> Vallejo, CA Times-Herald
> Newport News, VA Times-Herald
> Marysville, OH Journal-Tribune
> Paducah, KY Sun
> Toms River, NJ Observer
> Springfield, OH News-Sun
> Logan, OH News
> Piqua, OH Call
> Lawton, OK Press
> San Diego, CA Union

"Witness Upstages Metzenbaum at Hearings," Gun Week (Buffalo, New York.
  August 14, 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 19

"Neal Knox Report:  Gun Bills Moving," Shotgun News (Hastings, NE.
  September 1, 1987)

"Kapelsohn Gets September Gun Rights Defender Award," Point Blank
  (Bellevue, WA September 1987)

"Firearms Expert Wins Person of the Month," NRAction (Washington, D.C.
  September 1987)

Selecting the Police Pistol by Doug Wicklund, The American Rifleman
  (December 1987)

Mesa, Arizona:  The IALEFI Convention by Tony Lesce, Arizona Police Officer
  (Phoenix, AZ Winter 1988)

International Association of Law Enforcement Firearms Instructors Seventh
  Annual National Training Conference by Chris Pollack, Special Weapons and
  Tactics (March 1988)

Modern Techniques of Defensive Pistolcraft:  An Exceptional Handgun Course
  Taught by John Farnam and Emanuel Kapelsohn by Barrie Bergman,
  Practical Shooting International (Emmetsburg, IA.  March 1988)

"Hughes Goes Private With Hearing Witness," Gun Week (Buffalo, NY.
  January 8, 1988)

" 'Plastic Gun' Ban Brewing," NRAction (Washington, D.C. January 1988)

Gaping Holes in Airport Security by Peter Cary, U.S. News & World Report
  (April 1988).  Quote from page 28:

        "Emanuel Kapelsohn, a police weapons expert, astonished a
        congressional subcommittee by demonstrating how guns could be
        smuggled through certain metal detectors . . ."

Police Defensive Handgun Use and Encounter Tactics by Brian A. Felter
  (Prentice-Hall, Inc. Englewood Cliffs, NJ 1988).  Quote from p. 6:

        "In defensive firearms training today, the information and defensive
        instructors exist -- five of the most talented being Massad Ayoob,
        Ray Chapman, John Farnam, Emanuel Kapelsohn, and Chuck Taylor --
        and from a resource pool of defensive information that the law
        enforcement community must make use of."

"U.S. Firearms Consultant Due Next Week," Trinidad Guardian (Port of
  Spain, Trinidad.  July 16, 1988)

Shooting Schools:  A Second Look by James L. Winter (Albany, New York
  1985).  Quote from page 92:  "API's staff includes such nationally famous

Curriculum Vitae:
Emanuel Kapelsohn
Page 20

personalities as . . . writer Manny Kapelsohn."

An Overview of the Police Marksman National Advisory Board by Brian
  McKenna.  The Police Marksman (September/October 1988).  Professional
  biography of Emanuel Kapelsohn

"Semiautomatics or 6-shooters?" by Ken Valenti.  Gannett Westchester
  Newspapers.  (Westchester County, N.Y. January 15, 1989)

"Gun Control Opponents Lock Horns With Graves" by Donna Leusner
  (The Star Ledger, February 7, 1989)

Interviewed on "Geraldo" (Geraldo Rivera Show) NBC television, March 6,
  1989, on subject of gun availability and gun control.

Seek Out the Expert by Joseph J. Truncale, Ph.D., The ASLET Journal (January/
  February 1989).  Quote from p. 12:

> "If you wish to know more about guns and shooting, talk to those who
> are recognized experts in this area.  Massad Ayoob, Ray Chapman, John
> Farnam, Emanuel Kapelsohn, Dennis Tueller, along with many others,
> can guide you to schools and programs which are well known for their
> professionalism."

Glock by Sgt. Paul Palank.  Blue Line Police Magazine (March/April 1989).
  Quote from p. 24:

> "The success that we in Miami have had with the Glock pistol is due
> not only to the advanced design of the weapon, but the "state of the
> art" instruction provided by Glock Incorporated in the forms of
> Emanuel Kapelsohn (Peregrine Corporation) and Peter Tarley
> (Rockwell Corporation).  The training provided by these gentlemen
>
> to the transitional training instructors superbly mated the Glock's
> ingenious technology with their equally progressive training program."

Glock Continues To Be An Innovator by E.B. Hulsey, Police Marksman
  (March/April 1990).  Quote from p. 58:

> "The instructor . . . was Emanuel Kapelsohn, who made the class a
> very interesting learning experience.  Mr. Kapelsohn is an example of
> the quality instructors which Glock has retained to teach these courses."

Glock Pistol:  Perspective From The Field by Massad Ayoob.  Guns
  (September 1990).  Quote from p. 77:

> "The best money you can spend on your Glock is for training.  The firm
> retains Manny Kapelsohn, Peter Tarley, and Cathy and Jerry Lane for
> their police transition and armorer's instruction programs . . . These

Curriculum Vitae:
Emanuel Kapelsohn
Page 21

are among the finest combat handgun trainers in America; Glock chose
them well.  I . . . believe that the superb training of these four master
instructors has been more responsible for the Glock's success in the field
and in sales than most people realize."

Emanuel Kapelsohn and Peregrine Corporation cited, quoted and acknowledged
 in "Semi-Automatic Pistol Manual Safety Restrictions," U.S. Border (continued)
 Patrol Academy, Glynco, GA, presented at U.S. Marshal's Service Semi-
 Automatic - Revolver Handgun Symposium, Feb. 21-22, 1990.  (Emanuel
 Kapelsohn described as an "expert trainer" on p. 16.)

"Fearing Drug Wars, Suburban Police Swap 6-Shooters for Semiautomatics"
 by B.J. Phillips.  Philadelphia Inquirer (September 9, 1990)

Interviewed in "Entrevistas" column of Magnum.  May-June 1991
 (Caracas, Venezuela)

Peregrine Corporation training materials cited in published lesson plans of
 Federal Law Enforcement Training Center (Glynco, GA) on semi-automatic
 pistol training, clearing of pistol malfunctions, etc.

Emanuel Kapelsohn mentioned and quoted in study by Federal Law
 Enforcement Training Center on instructor:  student ratios for firearms training
 (V. Atkins. Glynco, GA 1991)

Emanuel Kapelsohn and Peregrine cited as offering 'a strong major in "how" and
 a strong minor in "when" ' [to shoot] in "Deadly Force - When Is It Justified?"
 by Massad Ayoob, Guns & Ammo's Handguns for Home Defense,
 Vol. 9, No. 5 (1991)

"The Police Marksman Advisory Board" by Guy A. Rossi, Police Marksman
 (Jan./Feb. 1992).  "Innovator, tactician, expert . . . [Emanuel Kapelsohn is]
 considered one of the country's leading authorities on semi-automatic,
 long gun and submachine gun training . . ."

"IALEFI'S ATC" by Chris Pollack, SWAT (May 1993)

Appreciation Award, Calgary Police Service Tactical Unit (1993)

Appreciation Award, International Association of Law Enforcement
 Firearms Instructors ("for your dedication, time and personal effort
 towards the development of the Firearms Training Standards") (1993)

"Newsclippings," The Firearms Instructor, Issue 13 (1994)

"Shotgun Key In Acquittal of Garron," Atlantic City Press, Nov. 13, 1994.
 Quote:

          "They found the weapon's safety device could disengage if it was

Curriculum Vitae:
Emanuel Kapelsohn
Page 22

merely brushed -- just as Emanuel Kapelsohn, the defense firearms
expert, had testified, the jurors said."

Glock, The New Wave in Combat Handguns by Peter Kasler (Boulder, CO
1992), page 296

Acknowledged in Stealth (1989) and Extreme Prejudice (1991) by Guy
Durham (Putnam, New York)

Acknowledged in The Street Smart Gun Book by John Farnam (Police
Bookshelf, 1986)

Acknowledged in Handgun Stopping Power, The Definitive Study by Evan
Marshall and Ed Sanow (Paladin Press, Boulder 1992)

Acknowledged in The Farnam Method of Defensive Handgunning by
John S. Farnam (Seattle 1994):  "These are the ones who have advanced
the art and prepared it to be passed to the next generation:  Manny
Kapelsohn . . ."

"Modern Training, The Professional's Edge" by Michael J. Scanlan,
Protection News, Vol. 11, No. 2 (Fall 1995), Internat'l Foundation of
Protection Officers, Bellingham, WA.  Quote:  "Manny Kapelsohn's
obvious enthusiasm along with his vast knowledge of the subject
matter and genuine interest in imparting that knowledge to us,
stimulated our interests, motivated us to excel and created a learning
environment for the entire class."

"Post-Training Dry Drills" by Det. Bill Kaiser, The Firearms Instructor,
Vol. 17 (1995)

"IALEFI 1995 Training Conference" by C. Pollack, The Firearms Instructor,
Vol. 17 (1995)

"Gun Control and Economic Discrimination:  The Melting Point Case-In-Point"
by Markus Funk, 85 Journal of Criminal Law & Criminology 764-806
(Northwestern U. School of Law, 1995):  Emanuel Kapelsohn cited repeatedly
throughout article.

"IALEFI '95 Annual Training Conference" by C. Pollack, SWAT (June 1996)

"Search for qualified firearms instructor didn't last very long," Reading Eagle,
April 20, 1997, p. B1

"Sheriff, deputies begin targeting weapons training," Reading Eagle,
April 20, 1997, p. B1

"Professional Firearms Instruction for the Protective Specialist" by Mike
Scanlan, Executive OPS International (Dec. 1997).  Quote:  " . . . I contacted

Curriculum Vitae:
Emanuel Kapelsohn
Page 23

Manny Kapelsohn, the world class firearms instructor and IALEFI Vice President."

Item in Business "Players," Allentown Morning Call, January 4, 1999. Quote: "Emanuel Kapelsohn of Bowers has been re-elected as Third Vice President of the International Association of Law Enforcement Firearms Instructors."

"Kapelsohn is Re-Elected by Police Association," Allentown Morning Call, December 30, 1999.

"Degree of Guilt Decided for Smith," The Inquirer, Philadelphia, July 30, 1998, p. B1

Appreciation Award from Pennsylvania Municipal Police Officers' Education & Training Commission, for "outstanding contribution" toward the development, from 1997-1999, of the Commission's new Use of Force - Judgmental Training Program.

"Police Shooting Headed to Jury," New Haven Register, March 9, 2000. Quote: "Standing before a rapt jury, Kapelsohn demonstrated a number of stabbing and slashing techniques with the small knife, narrating as he did so."

Emanuel Kapelsohn and The Peregrine Corporation cited and acknowledged numerous times in Commonwealth of Pennsylvania firearms training curriculum for Basic Police Academy Course taught at police academies throughout the state (2000).

"MPOETC Conducts Firearms Instructor Training Seminar," Pennsylvania MPOETC Newsletter, Vol. 23, Issue 2, Sept. 2000. Quote: "The lead instructor for the seminar was Emanuel Kapelsohn, a nationally recognized firearms instructor and use of force expert."

"Experts Claim Wife Grabbed Accused's Gun," by William Doolittle, Pocono Record, November 28, 2000. "…Emanuel Kapelsohn, an Allentown attorney and firearms expert, argued that a crescent of black residue pictured on the back of Rhonda Kammer's hand was caused by discharge from the cylinder gap of the .38 caliber revolver used in the killing. … Kapelsohn said pictures of the woman's hand showed marks on her hand that "could not have been produced by the muzzle blast."

Cited by Lt. Col. David Grossman as "an awesome warrior-trainer-lawyer" in publication of his national e-mail network on subject of involuntary muscular contraction (2002).

Recipient, City of Allentown Proclamation (commendation) for participation on Advisory Board of University of Pennsylvania (FICAP/MPAP) study on reducing gunshot injuries and deaths (2002)

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 24

"New Trial Ordered for Officer Convicted in a Suspect's Death," The New York
   Times, October 18, 2002.

"Pa. Court Rejects Appeal by Ex-Teacher," by William Doolittle, Pocono
   Record, December 14, 2002.  "During the trial, Emanuel Kapelsohn testified as
   a crime scene and firearms expert.  The Superior Court said, "The record
   contains abundant evidence from which the trial court could conclude that
   Kapelsohn had reasonable pretension to specialized knowledge about
   reconstruction of the scene of a crime involving a firearm."

Commonwealth of Pennsylvania v. Youngken, 2002 WL 32351935,
   Pennsylvania Superior Court, December 5, 2002:  "Clearly the qualifications of
   Mr. Kapelsohn indicate that the trial court did not abuse its discretion in
   qualifying him as an expert witness in firearms and crime scene reconstruction
   involving firearms."

Teaching Women to Shoot by V. Farnam and D. Nicholl (Copyright 2002,
   Boulder, CO).  Emanuel Kapelsohn quoted and cited extensively on pages 46-
   47 on subjects of trigger finger placement, covering suspects at gunpoint, and
   accidental discharges of firearms.

"Sharpton:  Monroe Shooting an 'outrage,'" Allentown Morning Call, April 22,
   2004.

"Independent Investigator Looking Into Fatal Shooting," Pocono Record, April
   23, 2004.

"Shooting scrutinized by victim's family,"  Pocono Record, April 23, 2004.
   Quote:  "Monroe County District Attorney David Christine has also appointed
   Emanuel Kapelsohn, an Allentown attorney and weapons expert, to conduct an
   Independent investigation into the shooting."

The Concealed Handgun Manual by Chris Bird, 4th Ed., San Antonio, TX 2004.
   Emanuel Kapelsohn acknowledged in Introduction (p. ix) and on p. 352.

"Strategies for Safer Weapons Training and Use," David Olsen, Law
   Enforcement Technology, Jan. 2004, pp. 52-60.

"Two New Publications from IALEFI," Police Marksman (Sept./Oct. 2004),
   p. 55.

"Rethinking Gun Safety Rules Based on Accidental Discharges," by Chris Bird.
   GUN WEEK, Sept. 1, 2004, p. 6.  "I outline his qualifications to show that
   when Kapelsohn says something about firearms, he is worth listening to."

"Safety Strategies for Realistic Firearms Training," by Ken Murray.  Police &
   Security News, Vol. 21, Issue 1 (Jan./Feb. 2005).  Emanuel Kapelsohn cited and
   quoted extensively on safety-related issues.

Curriculum Vitae:
Emanuel Kapelsohn
Page 25

"Consultants to study Easton SWAT Team,"  The Morning Call, May 25, 2005 (Allentown, PA).  "The city two weeks ago retained Emanuel Kapelsohn, a nationally recognized firearms expert and consultant …"
"Easton Hires Outsiders for Police Policy Review," by E. Sieger, The Express-Times, Easton, PA, May 25, 2005.  "The city has hired attorney and firearms expert Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"Police Get Good News in Report,"  by E. Sieger, The Express-Times, Easton, PA, July 15, 2005.  "In May, the city hired attorney and firearms expert Emanuel Kapelsohn to help the police department develop firearms policies and procedures."

"More First Hand Information," The Gun Zone,
 http://thegunzone.com/ayoob/magliato-kapelsohn.html.  Comments on the
 Magliato case.

CNN "Paula Zahn Now" Show, August 8, 2005.  Emanuel Kapelsohn interviewed in segment on civilian intervention tactics in armed robberies.

"Victim of Stray Shot Thinks Allentown's Still Safe," by S. Kraus, The Morning Call, August 18, 2005.  "Ballistics expert Emanuel Kapelsohn …"

"Dead Man's Family Waits for Ruling in Drug Bust Shooting," by E. Mark, Pocono Record , August 13, 2005.  "[District Attorney] Christine appointed Emanuel Kapelsohn, an Allentown attorney and ballistic expert, as an independent investigator to look into Wright's death."

"Wright Shooting Justified, DA Says," by E. Mark, Pocono Record, 9/16/05

"Fatal Shooting Justified, Monroe DA Says," by J. McDonald, The Morning Call, September 16, 2005.  "The decision, announced Thursday by District Attorney E. David Christine, Jr., was based in part on a recently completed report by an Allentown attorney who is a firearms expert.  "Barron Wright's death, while regrettable, resulted from his own actions in defying the agents' commands, resisting arrest, and attempting to escape by driving his vehicle in a manner that placed everyone around him in deadly danger," said Emanuel Kapelsohn, with the Allentown office of Blank Rome."

"Easton Officer Loses Handgun," by Tracy Jordan, The Morning Call, Nov. 24, 2005.  "The city is waiting for a fourth report on the department's firearms procedures from [E]manuel Kapelsohn, a nationally recognized firearms expert and consultant who practices law with Blank, Rome, Comisky and McCauley in Allentown."

 "Report says Easton violated own gun policies," by Tracy Jordan, The Morning Call, Jan. 20, 2006.

Curriculum Vitae:
Emanuel Kapelsohn
Page 26

"Police Seek Answers in Deadly Shooting," by Brian McNeill, Connection Newspapers (Fairfax County, VA), February 9, 2006.

"Woman Questions Police Role in Husband's Shooting Death," by John Boyle, Citizen-Times, West Asheville, NC, March 5, 2006.

"Findings Expected in Probe of Officer's Death," by Joe McDonald, The Morning Call, March 22, 2006.

"No Charges in Shooting;  Easton Police Slammed," by Joe McDonald, The Morning Call, March 23, 2006.  "... [Captain] Gibiser said corrective steps have been taken based on recommendations from a study done by Allentown lawyer and firearms expert Emanuel Kapelsohn."

"Mother Sues Attorney General's Office in Son's Death," by Joe McDonald, The Morning Call, April 8, 2006.

"Getting More Bang – Harlingen Police Department Upgrading Firepower," by Joann Deluna, Valley Morning Star, May 8, 2006.

"Expert Defends Police Shooting," by Jason Cato, Tribune-Review, August 10, 2007.

"Firearms Expert:  Cop Justified for Use of Lethal Force," by Jason Cato, Valley Independent, August 10, 2007.

"Former Officer Recounts Shooting," by Christine Haines, Herald Standard, August 10, 2007.

Consultant and guest presenter, "Conspiracy Theory" TV program for The Discovery  Channel on the assassination of Martin Luther King, Jr.;  aired several times during September 2007 and thereafter.

"'08 Revelers Are Warned to Hold Fire" by Laurie Lucas, The Press-Enterprise, Riverside, CA, December 31, 2007, quoting Emanuel Kapelsohn, "a nationally recognized firearms expert."

The Concealed Handgun Manual by Chris Bird, 5th Ed., San Antonio, TX 2008. Emanuel Kapelsohn and The Peregrine Corporation cited as a recommended source for firearms training.

"Lawyer:  Troopers Justified in Shooting" by Joe McDonald, The Morning Call, Allentown, PA, November 23, 2008.

"Shootings Remind Police Officers of Dangers They Face," by Jacqueline Koch, Chattanooga Times Free Press, July 21, 2009.

"Excessive Force Use Questioned in Fatal Shooting," by Jacqueline Koch, Chattanooga Times Free Press, August 5, 2009.

Curriculum Vitae:
Emanuel Kapelsohn
Page 27

"Manny Kapelsohn: Officer Involved Shootings," interview by Betsy Brantner-Smith on PoliceOneTV (www.policeone.com).  Premiered November 2, 2009.

"Armed and Ready" by Michael Malik, Bloomington, Indiana Herald-Times, November 29, 2009.

"Vest saves officer from injury after shooting" by Rachel Cook, Idaho Falls Post Register (June 18, 2011)
"Officers, news reporters try their hands at police scenario simulators,d by Laura Lane, Bloomington Herald –Times, Bloomington, IN (July 7, 2011).  Opening sentence:  "Manny Kapelsohn  saw an opportunity for rural law enforcement officers to experience sophisticated firearms training at no cost …"

"County law officers receive specialized firearm training at no cost," Greene County Daily World (July 7, 2011).

Glock: The Rise of America's Gun by Paul Barrett (2012), pp. 53-59.

"Top Gun," THE WEEK, March 9, 2012.  Article cites and quotes E. Kapelsohn

"Kapelsohn Joins Network Advisory Board," ACLDN Journal, December 2012

"Training for a Shootout:  How High-Tech Simulations Are Enhancing

Emergency Response," by Nate Rawlings.  TIME Magazine, Time U.S., January 1, 2013.

"Banning Assault Weapons Won't Make Nation's Schools Safer," Opinion Editorial by E. Kapelsohn, MORNING CALL, January 6, 2013.

E. Kapelsohn a panelist on "Business Matters," Channel 69 (Allentown, PA), February 4, 2013.  Show about active shooters, assault weapons, and legislation.

"Adam Lanza's Arsenal," by Benjamin Wallace-Wells, NEW YORK magazine, February 11, 2012.  E. Kapelsohn featured and quoted in the article.

"Report details how FBI agent Barry Bush died in friendly-fire shooting," by Doug Brill, EXPRESS TIMES LehighValleyLive.com, March 7, 2013.  E. Kapelsohn quoted.

"Pittsburgh Police Bullets Lacking in Power, FBI Test Shows," by M. Harding. Pittsburgh Tribune-Review, April 23, 2013. E. Kapelsohn quoted.

E. Kapelsohn guest co-host on ESPN-LV radio show, "The Water Cooler," Sept. 22, 2013.  Broadcast from Easton, PA on 1230 and 1320 AM.  Topics included the Washington Navy Yard Shooting, what to do in an active shooter situation, and assuming responsibility for one's own personal safety.
E. Kapelsohn mentioned in "Why Are Police Shootings of Innocents on the

Curriculum Vitae:
Emanuel Kapelsohn
Page 28

Rise?" by Steven Yoder,  The American Prospect magazine, October 31, 2013

"City of Pittsburgh Police Are Waiting for New Ammo," by Margaret Harding. Pittsburgh Tribune-Review, Feb. 23, 2014.  E. Kapelsohn quoted.

"Surge in gun sales subsiding in Lehigh Valley region," by J. Sheehan. The Morning Call, Allentown, PA. March 17, 2014.  E. Kapelsohn quoted

"Experts Differ on Path of bullet; Closing Arguments Today in Bonacci Murder Trial," by Rebekah Brown, thetimestribune.com, May 8, 2014

"Attorneys Offer Conflicting Views of the Man Accused of Killing Frank Bonacci," thetimestribune.com, May 9, 2014

"Murder Trial Testimony Ends," by Stacy Lange, WNEP.com, May 7, 2014

"Closing Arguments set for Tuesday in Arundel road-rage Murder Case," by Pamela Ward, The Baltimore Sun, July 28, 2014.

"Experts Give Differing Opinions in Road-Rage Murder Trial," by Tim Pratt, CapitalGazette.com, July 29, 2014.

"Troubling Times for Pa. State Police," by Jessica Parks, Philadelphia Inquirer, October 5, 2014.  E. Kapelsohn quoted.

"State police struggle in dealing with multiple crises," by Jessica Parks, The Morning Call, October 6, 2014.

"No Charges for Milwaukee Officer Who Shot Man 14 Times,"
 www.USAToday.com, December 22, 2014, Aamer Madhani

"Milwaukee Officer Won't Face Charges for Killing Mentally Ill Man,"
 UPI.Com, December 22, 2014, Frances Burns

"Building a case for Lisa Mearkle: Did she have reasonable cause to fear for her life?" by Ivey DeJesus, March 25, 2015.  E. Kapelsohn quoted extensively.

"Deadly Force:  Police who kill rarely face criminal charges; Hummelstown case is rare," by Ivey DeJusus, March 27, 2015.

"OIS Question:  Is a "non-threatening" gun really non-threatening?"  Force Science News #279, April 2015.

"When Chicago Cops Shoot," by Steve Bogira, Chicago Reader, May 20, 2015.

"15 Ways The iPhone Gun Case Could Go Very, Very Wrong," by Tara Haelle, Forbes, http://www.forbes.com/sites/tarahaelle/2015/07/08/15-ways-the-iphone-gun-case-could-go-very-very-wrong/

Curriculum Vitae:
Emanuel Kapelsohn
Page 29

"Beachgoer discovers gun-replica phone case 'not a smart idea'" by Katie May,
Winnipeg Free Press, August 12, 2015.

Emanuel Kapelsohn interviewed on "Morning Wave in Busan," Radio FM 90.5,
Busan, South Korea, on subjects of firearms safety and firearms laws,
October 5, 2015.

**PARTIAL LIST OF
FIREARMS-RELATED
PUBLICATIONS:**

SWAT TEST THE DETONICS MC-2 .45 AUTO by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (October 1983)

TEST & EVALUATION:  COLT "GOV'T" .380 AUTO by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (March 1984)

BUCKSHOT PATTERNS:  THE MYTH/THE REALITY by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

TEST & EVALUATION:  IVER JOHNSON .380 AUTO by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (March 1984)

BEST BUY" OUT-OF-THE-BOX POCKET .45 by Emanuel Kapelsohn,
Survival Weapons and Tactics (SWAT) (June 1984)

WINCHESTER'S WINNING RIOT SHOTGUN by Emanuel Kapelsohn,
Special Weapons (Fall 1984)

TEST AND EVALUATION:  STEYR GB 9mm SEMIAUTOMATIC PISTOL
by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

PRODUCT REPORT:  HANSEN .22 RIMFIRE AMMUNITION by Emanuel
Kapelsohn, Survival Weapons and Tactics (SWAT) (August 1984)

FIELD TEST:  STEYR GB 9mm PISTOL by Emanuel Kapelsohn, The Police
Marksman (May/June 1984)

SHOOTING THROUGH COAT POCKETS by Emanuel Kapelsohn, Survival
Weapons and Tactics (SWAT) (September 1984)

  Note:  The above article was also reprinted in part, and research results
  summarized, in "Pocketing a Pistol Poses Problems for Your Officers," by Bill

Clede, Training Aids Digest, Vol. 11 No. 12., Washington Crime News
Services (December 1986)

BUCKSHOT BREAKTHROUGH by Emanuel Kapelsohn, Survival Weapons
and Tactics (SWAT) (October 1984)

Curriculum Vitae:
Emanuel Kapelsohn
Page 30

TEST & EVALUATION:  KFC M-250 AUTOLOADING SHOTGUN
  by Emanuel Kapelsohn, Survival Weapons and Tactics (SWAT)
  (December 1984)

BALLISTIC AND RIOT SHIELDS by Emanuel Kapelsohn,
  The Police Marksman (September/October 1984)

FIELD TEST:  FEDERAL "PREMIUM" COPPER-PLATED BUCKSHOT
  by Emanuel Kapelsohn, The Police Marksman (November/December 1984)

FIELD TEST:  MANURHIN MODEL PPK/S .380 PISTOLS by Emanuel
  Kapelsohn, The Police Marksman (Nov/Dec 1984)

RUGER MODEL 77/22:  A RIMFIRE WITH CLASS by Emanuel Kapelsohn,
  Survival Weapons and Tactics (SWAT) (April 1985)

FIRST IMPRESSIONS:  RUGER XGI RIFLE by Emanuel Kapelsohn,
  Survival Weapons and Tactics (SWAT) (April 1985)

THE AMAZING AUG by Emanuel Kapelsohn, Survival Weapons and Tactics
  (SWAT)  (June 1985)

FIELD TEST:  COLT .45 OFFICER'S ACP by Emanuel Kapelsohn,
  The Police Marksman (May/June 1985)

FIELD TEST:  RUGER REDHAWK .41 MAGNUM REVOLVER
  by Emanuel Kapelsohn, The Police Marksman (May/June 1985)

GETTING OUT OF A GUN JAM by Emanuel Kapelsohn, Soldier of Fortune
  (July 1985)

HIGH-QUALITY, LOW-COST HANDGUN TRAINING AMMUNITION
  by Emanuel Kapelsohn, The Police Marksman (July/August 1985)

POLISHING PUMP-GUN TECHNIQUE by Emanuel Kapelsohn,
  Soldier of Fortune (October 1985)

FIELD TEST:  PRO-SHOT TIMER AND PRO TIMER II by Emanuel
  Kapelsohn, The Police Marksman (January/February 1986)

FIELD TEST:  HECKLER & KOCH P7 M13 PISTOL by Emanuel Kapelsohn,
  The Police Marksman (January/February 1986)

POLICE FIREARMS REQUALIFICATION:  READY, AIM, FIRE?
  by J. Maddaloni, Jr. and E. Kapelsohn, New Jersey Municipalities (Nov. 1985)

SHOTGUN PATTERNS, CHOKES, AND PERFORMANCE by Emanuel
  Kapelsohn, The Police Marksman (September/October 1985)

Curriculum Vitae:
Emanuel Kapelsohn
Page 31

LOW-LIGHT SHOOTING by Emanuel Kapelsohn, Soldier of Fortune
  (April 1986)

SPRINGFIELD ARMORY'S "NEW" 1911-A1 PISTOL by Emanuel Kapelsohn,
  Special Weapons and Tactics, (SWAT) (April 1986)

PROGRESSIVE FIREARMS TRAINING by Emanuel Kapelsohn,
  Security Management (February 1986)

STEYR'S SPACE-AGE AUG by Emanuel Kapelsohn, Gun Digest Book of
  Assault Weapons (Chapter 4) J. Lewis, Ed. (DBI Books, Northbrook, IL 1986)

THE GLOCK STRIKES by Emanuel Kapelsohn, Guns Magazine Annual Digest
  (1987 Vol. 33)

U.S. LAW ENFORCEMENT VS. TERRORISM:  PUTTING A LID ON
  VIOLENCE BEFORE IT STRIKES by Emanuel Kapelsohn, Terrorism
  (September 1986)

FIREARMS OWNERS PROTECTION ACT AFFECTS AUTOMATIC
  WEAPONS OWNERSHIP AND INTERSTATE TRANSPORTATION OF
  FIREARMS by Emanuel Kapelsohn, The Police Marksman (July/August 1986)

THE MAGNIFICENT GLOCK 17 PISTOL by Emanuel Kapelsohn, The Police
  Marksman (September/October 1986)

BORN IN THE USA:  COLT REINTRODUCES THE SMG by Emanuel
  Kapelsohn, Soldier of Fortune (March 1987)

THE GLOCK 17 9mm PISTOL by Emanuel Kapelsohn, Law and Order
  (October 1986)

POWER FROM A DISTANCE:  COLT'S NEW COUNTER-SNIPER RIFLE,
  THE DELTA H-BAR by Emanuel Kapelsohn, Police (February 1987)

COLT 9mm SMG by Emanuel Kapelsohn, Police (February 1987)

PREVIEWING COLT'S NEW DELTA H-BAR:  THE AR-15 COUNTER-
  SNIPER RIFLE by Emanuel Kapelsohn, Special Weapons and Tactics
  (SWAT) (February 1987)

FIELD TEST:  SPRINGFIELD ARMORY 1911-A1 PISTOL by Emanuel
  Kapelsohn, The Police Marksman (January/February 1987)

IALEFI by Emanuel Kapelsohn, The Police Marksman (Jan./Feb. 1987)

COLT'S 10mm DELTA ELITE:  MAGNUM POWER IN AN AUTOLOADER
  by Emanuel Kapelsohn, Police (August 1987)

Curriculum Vitae:
Emanuel Kapelsohn
Page 32

TRANSITIONAL HANDGUN TRAINING:  SWITCHING TO SEMI-
  AUTOMATICS by Emanuel Kapelsohn, Law Enforcement Technology
  (May/June 1987)

1987 IALEFI NATIONAL TRAINING CONFERENCE SCHEDULED FOR
  MESA, ARIZONA by Emanuel Kapelsohn, Law and Order (August 1987)

AN INSTRUCTOR'S LOOK AT DEA FIREARMS TRAINING by Emanuel
  Kapelsohn, The Police Marksman (May/June 1988)

GLOCK 19:  THE IDEAL 9mm FOR THE ONE GUN CONCEPT by Emanuel
  Kapelsohn, The Police Marksman (September/October 1988)

RELOADING THE SEMI-AUTOMATIC PISTOL - PART ONE by Emanuel
  Kapelsohn, International Association of Law Enforcement Firearms Instructors
  Newsletter (February 1989)

COMBAT TEST:  THE NEW GLOCK 20 by Emanuel Kapelsohn, Combat
  Handguns (June 1990)

THE NEW 10mm GLOCK 20:  MAGNUM POWER IN A DOUBLE-ACTION
  SERVICE PISTOL by E. Kapelsohn, The Police Marksman (May/June 1990)

BERETTA 85F .380 PISTOL by Emanuel Kapelsohn, The Police Marksman
  (November/December 1990)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
  by Emanuel Kapelsohn, The Firearms Instructor (May 1991 and August 1991)

THE UNIVERSAL COVER MODE, OR HOW TO NOT SHOOT PEOPLE
  by Emanuel Kapelsohn, reprinted in Newsletter of Georgia Association of
  Law Enforcement Firearms Instructors, Vol. 1, Quarter 4 (Oct. 1991)

Introduction to the Glock Pistol" videotape produced by The Peregrine
  Corporation and featuring Emanuel Kapelsohn (48 mins., in police and
  civilian versions) Glock, Inc., Smyrna, GA 1991

GLOCK PREVENTIVE MAINTENANCE MANUAL by Emanuel
  Kapelsohn (Glock, Inc., Smyrna, GA 1991)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
  PERSONNEL (IALEFI, Laconia, NH 1993).  E. Kapelsohn, principal
  author and editor

GIVING THE COMMAND TO HOLSTER by Emanuel Kapelsohn
  The Firearms Instructor (Winter 1993)

STANDARDS & PRACTICES REFERENCE GUIDE FOR LAW
  ENFORCEMENT FIREARMS INSTRUCTORS, E. Kapelsohn, Associate

Curriculum Vitae:
Emanuel Kapelsohn
Page 33

Editor (IALEFI, Laconia, NH 1994)

SMITH & WESSON SIGMA by E. Kapelsohn, Law & Order  (Oct. 1994)

GLOCK MODELS 26 & 27 SUBCOMPACT PISTOLS by Emanuel Kapelsohn,
  Police Marksman (Nov./Dec. 1995)

IALEFI APPROVES ITS FIRST TARGET - THE IALEFI-Q by Emanuel
  Kapelsohn, The Firearms Instructor, Vol. 17 (1995)

WHAT'S IN A TARGET?  INTRODUCING THE IALEFI-Q by Emanuel
  Kapelsohn, Police Marksman (May/June 1996)

P95:  INTRODUCING RUGER'S FIRST POLYMER-FRAME SERVICE
  PISTOL by Emanuel Kapelsohn, Police Marksman (July/August 1996)

P239:  SIG'S NEW COMPACT 9mm PISTOL by Emanuel Kapelsohn,
  Police Marksman (July/August 1996)

RAPID ACQUISITION TARGETING SYSTEMS LASER SIGHT
  by Emanuel Kapelsohn, Police Marksman (July/August 1997)

"IALEFI Handgun Safety Check" videotape, written by and featuring
  E. Kapelsohn, produced by North Carolina Justice Academy (IALEFI 1997)

IALEFI HANDGUN SAFETY CHECK booklet, Emanuel Kapelsohn,
  principal author (IALEFI 1998)

FIELD TEST:  SPEER GOLD DOT 125-GRAIN .38 SPECIAL AMMUNITION
  by Emanuel Kapelsohn, Police Marksman (March/April 1998)

THE PATROLLER POLICE VEHICLE by Emanuel Kapelsohn,
  Law & Order (March 1998)

FBI INSTITUTES NEW CONTROLS FOR SCENARIO TRAINING
  by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

SAFETY TIP by Emanuel Kapelsohn, The Firearms Instructor, Issue 26 (1999)

FOR GUN SAFETY, STICK TO FOUR RULES, BUT WATCH OUT FOR
  THE FOUR MYTHS by Emanuel Kapelsohn, Allentown Morning Call,
  (October 22, 1999)

Handgun Shooting Fundamentals section, Basic Police Academy
  curriculum lesson plan, Pennsylvania Municipal Police Officers
  Education and Training Commission. Emanuel Kapelsohn, author (2000)

THE FIREARMS INSTRUCTOR'S RANGE BAG by Emanuel Kapelsohn,
  The Firearms Instructor, Issue 29 (2000)

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 34

FIELD TEST: SIGARMS SSG3000 TACTICAL PRECISION RIFLE by
 Emanuel Kapelsohn, Police Marksman (July/August 2000)

IALEFI Q-TARGET UPDATE by Emanuel Kapelsohn, The Firearms Instructor,
 Issue 30 (2001)

PARA-ORDNANCE LDA PISTOL ARMORERS MANUAL (2001 and rev.)

PARA-ORDNANCE LDA FIREARMS INSTRUCTOR NOTEBOOK  (2001)

KIMBER PISTOL ARMORER'S NOTES (2001)

KIMBER PISTOL INSTRUCTOR WORKSHOP NOTEBOOK (2001)

GUIDELINES FOR SIMULATION AND "FORCE ON FORCE" TRAINING
 (Draft, IALEFI, Gilford, NH 2001).  Emanuel Kapelsohn, principal author.

AVOIDING TRAINING DEATHS: SAFETY CONSIDERATIONS IN ROLE
 PLAYING EXERCISES by Emanuel Kapelsohn, The Firearms Instructor, Issue
 31 (2002)

REDMAN PROVIDES SIMULATION TRAINING POSTER by Emanuel
 Kapelsohn, The Firearms Instructor, Issue 32 (2003)

Contributor to RedMan Firearms Simulation Safety Poster (2003)

Bobcat Weapons BW-5 Operator's Manual.  Emanuel Kapelsohn, author. (2004)

FIREARMS TRAINING STANDARDS FOR LAW ENFORCEMENT
 PERSONNEL (IALEFI, Gilford, NH 2004 Rev.).  E. Kapelsohn, principal
 author

IALEFI GUIDELINES FOR SIMULATION TRAINING SAFETY.  E.
 Kapelsohn, principal  author.  (IALEFI, Gilford, NH 2004)

"More First Hand Information," by Emanuel Kapelsohn.  The Gun Zone.
 http://www.thegunzone.com/ayoob/magliato-kapelsohn.html

COURSES OF FIRE – PENNSYLVANIA BASIC HANDGUN
QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms Instructor,
Issue 42 (2007).  Also reprinted in excerpted form in Pennsylvania MPOETC
Training Bulletin, Fall 2007.

QUALIFICATION COURSES OF FIRE:  PENNSYLVANIA'S ADVERSE
LIGHT QUALIFICATION COURSE by Emanuel Kapelsohn, The Firearms
Instructor, Issue 44 (2008).

GETTING AND STOCKING A "GO BAG" by Emanuel Kapelsohn, The

Curriculum Vitae:
Emanuel Kapelsohn
Page 35

Firearms Instructor, Issue 53 (2012).

"Banning Assault Weapons Won't Make Nation's Schools Safer" by E. Kapelsohn, Allentown Morning Call, Op-Ed, January 6, 2013

"No Prepping," Letter to the Editor, HANDGUNS Magazine, April/May 2014.
"Former Milwaukee Police Officer Won't Be Charged," www.NYTimes.com, Monica Davey, December 22, 2014. Emanuel Kapelsohn cited as "a leading expert on use-of-force reviews."

"There Are No Safe Guns," by Emanuel Kapelsohn. Anticipated publication date: The Firearms Instructor, Issue 58 (2015)

"Pennsylvania State Police Firearms Instructor Criminally Charged in Training Death of Trooper," by Emanuel Kapelsohn. Anticipated publication date: The Firearms Instructor, Issue 58 (2015)

"Baltimore Police Firearms Instructor Convicted of Reckless Endangerment in Accidental Shooting During Simunitions Training," by Emanuel Kapelsohn. Anticipated publication date: The Firearms Instructor, Issue 58 (2015)

"The Glock Model 43: New 9mm Micro-Pistol," by Emanuel Kapelsohn. Law and Order magazine, August 2015.

**SELECTED LIST OF AGENCIES TRAINED AND COURSES TAUGHT:**

Basic Pistol and Special Pistol courses, American Pistol Institute (Paulden, AZ 1980-1982): staff instructor.

Firearms Safety, Basic Handgun and Defensive Handgun courses, U.S. Treasury Department Pistol Club, New York, NY (1980-1983).

Defensive Handgun Training, The Spiesman Agency, New York, NY (1980-83): provided handgun training for detective agency.

Defensive Handgun Training and Qualification, Danbee Investigations (New Jersey 1983): provided handgun training for detective agency personnel.

Officer Survival Instructor Course. Massachusetts Criminal Justice Training Council. (1984): taught the firearms portion of this instructor-level course.

Borough of Midland Park Police Department (NJ 1985): conducted semi-automatic pistol transitional training for this department.

Union County (New Jersey) Prosecutor's's Office (Senior Firearms Instructor

Curriculum Vitae:
Emanuel Kapelsohn
Page 36

Course. 1985): co-instructed three separate week-long courses for firearms instructors from every police department in Union County under contract with Rockwood Corporation, Police Training Division.

International Police Academy - Master Instructors Seminar (Morell, Desmedt, et al.): guest instructor (Toms River, NJ 1986)

Connecticut State Police Academy. (Senior Firearms Instructor Course. Meriden, CT, 1986 and 1988): guest instructor under contract with Rockwood Corporation, Police Training Division.

NRA Law Enforcement Firearms Instructor School (U.S. Marine Base, Quantico, VA 1986): guest instructor.

Hilltown Township Police Department (PA 1986): conducted semi-automatic pistol transitional training for this department.

1987 Glock International Training Symposium. (Kansas City, Kansas): headed a team of four instructors in conducting this training conference for some 70 participants.

Police Counter-Sniper Rifle Course. (Fort Dix, New Jersey 1987): co-instructed this course for police and military counter-snipers.

Borough of Ramsey Police Department (NJ 1987): conducted semi-automatic pistol transitional training program for this department.

International Association of Law Enforcement Firearms Instructors (IALEFI), National Training Conferences (see above): conducted instructor-level programs on Drawing the Handgun and Close-Range Shooting Techniques (Philadelphia 1985); Dim Light Shooting Techniques, and Combat Shotgun Characteristics (Orlando, FL 1986); Tactical Use of Cover (Mesa, Arizona 1987); Dim-Light Assault Rifle and Shotgun Techniques, and Semi-Automatic Pistol Transitional Training (St. Augustine, FL 1988); Dim-Light Shotgun and Rifle Techniques (Salt Lake City 1989); Concealed Carry Handgun, Auto-Pistol Transitional Training, Dim-Light Handgun and Shotgun, and Police Handgun Caliber Selection and Effectiveness (panel) (Washington, D.C. 1990); Firearms Safety; Involuntary Muscular Contraction and Unintentional Discharge (co-instructed with Dr. Roger Enoka) (Mesa, AZ 1991); Developing Dynamic Training Exercises for the Patrol Officer (co-instructed with Peter Tarley) (Tampa, FL 1992); Development of Dynamic Training Exercises for Patrol Officers (co-instructed with Peter Tarley) (Reno, NV 1993); Dynamics of a Gunfight (Orlando, FL 1994); Training Handgun Skills (Amarillo, TX '95).

Basic and Advanced Defensive Handgun Courses (1982-1993): co-instructed (with John Farnam) courses in locations including Fort Mead (MD), Norristown (PA), Ledgewood (NJ), Berkeley Township (NJ), Princeton Junction (NJ), Pipersville (PA), Dutchess County (NY), New York City (NY), Salt Lake City (UT), Bradford (RI), Elroy (WI), East Stroudsburg (PA), and

Curriculum Vitae:
Emanuel Kapelsohn
Page 37

Atlantic City (NJ).

New Jersey Armored Motor Carriers Association (1987):  guest speaker on
  subject of firearms training for the armored car industry.

Defensive Shotgun Course (East Stroudsburg, PA 1987).

Armored Motor Service Corp. (Trenton, NJ 1985-88):  conducted handgun
  training and qualification.

Princeton Armored Service (Trenton, NJ 1986-1990):  conducted handgun
  training and qualification.

Eastern Armored Service (Trenton, NJ 1991-1997):  conducted handgun
  training and qualification.

Berkleigh Career School (East Brunswick, NJ 1988-1989):  conducted firearms
  training program for security officer trainees.

NRA Law Enforcement Semi-Automatic Pistol Seminars.  Helped to design,
  and served as chief instructor for these courses taught at U.S. Marine Base,
  Quantico, VA (1987); Florida Law Enforcement Training Center at Lively
  (1988); Oklahoma City Police Academy (1988); Port Huron, Michigan (contin.)
  1988);  and Alamo Area Law Enforcement Academy, San Antonio, TX (1988).

Miami (FL) Police Department (Firearms Instructor Course, 1987):  trained
  MPD firearms instructors as part of this agency's transition from revolver to
  semi-automatic.

New Jersey Department of Environmental Protection (Firearms Instructor
  Workshop, 1987):  trained NJDEP instructors for this agency's transition from
  revolver to semi-automatic.

National Armored Car Association (Annual Meeting.  New York, NY 1987):
  guest speaker on subject of current trends in firearms training and training-
  related liability.

Atlantic City Police Academy.  (Police Handgun Instructor Workshop, 1987.
  Police Shotgun Instructor Workshop, 1987.  Police Special Weapons Course,
  1987.  Glock 17 Familiarization Course, 1987).

New Jersey Correctional Officers Training Academy, Training Advisory Council
  (1988):  guest speaker on progressive firearms training and training liability.

Jacksonville (FL) Police Department (Firearms Instructor Course, 1988):
  conducted handgun and shotgun instructor course.

Tennessee Bureau of Investigation (Firearms Instructor Course, 1988):
  trained TBI firearms instructors in preparation for agency's transition

Curriculum Vitae:
Emanuel Kapelsohn
Page 38

from revolver to semi-automatic.

Metropolitan Toronto Police (Auto-pistol Workshop.  Toronto, Canada 1988):
  conducted transitional pistol training for members of this agency's police
  academy, Emergency Task Force, and dignitary protection unit.

NRA Annual Meeting (Orlando, FL 1988):  guest speaker before the
  Legislative Affairs Committee and the opening session of the General Meeting.

Burlington County (NJ) Police Academy (Semi-Automatic Pistol Instructor
  Workshops, 1985-1987; Shotgun Instructor Workshop, 1987; Officer Survival
  Course, 1988; Firearms Instructor Update, 1991).

Atlantic City Police Department (Firearms Instructor Course, 1988):  trained
  ACPD instructors to conduct agency's transition from revolvers to pistols.

Professional Conference, "Law and Management in the Security Industry."
  University of the West Indies, St. Augustine, Trinidad.  July 1988.  Featured
  guest lecturer on topic "Current Trends in Firearms Training."

New Jersey Department of Corrections (1988):  conducted semi-automatic pistol
  survey course as part of this agency's process of selecting a service pistol.

Takoma Park Police Department (Maryland, 1988):  conducted instructor-level
  transitional training course.

Police Counter-Sniper Rifle Course (Glastonbury, Connecticut.  1988):
  co-instructed this course for police counter-snipers.

SWAT Team Training Course.  (Cape May County Police Academy, 1988):
  conducted tactical team training in handgun, shotgun, assault rifle, and
  submachine gun.

Lecture presentation:  "Police Use of Lethal Force:  Legal and Tactical
  Considerations."  Emanuel Kapelsohn and Sgt. Evan Marshall.  (Mt. Laurel,
  New Jersey.  1988).

Jacksonville (Florida) Police Department (Firearms Instructor Workshop, 1988):
  conducted transitional training instructor course preliminary to this agency's
  switch to semi-automatic pistols.

Conducted Glock Armorer Courses in Atlantic City, Boston, Sacramento,
  San Francisco, San Diego, Carson City (Nevada), Washington, Chicago,
  Trenton, New York City, Philadelphia, Indianapolis, Baltimore, Spokane,
  Atlanta, Greensboro, Carlisle (PA), Phoenix, Oklahoma City, Seattle,
  San Antonio, Jersey City, St. Thomas, Barbados, Billings (MT), Texas, Miami,
  St. Petersburg, Jacksonville, Toronto, and other locations (1987-1993).

Conducted Glock Firearms Instructor Workshops for Fulton County Sheriff's

Curriculum Vitae:
Emanuel Kapelsohn
Page 39

Office (NY), Yellowstone County Sheriff's Office (MT), Middlesex County (NJ) Police Academy, El Cajon (CA) Police Department, Barbados Police Service, St. Petersburg (FL) Police Department, North Platte (NE) Police Department, and others (1987-1993).

Massachusetts Metropolitan Police (Boston, Massachusetts. 1988): trained firearms instructors to conduct this agency's transition to semi-auto pistols.

Sacramento Municipal Utilities District (California, 1988): trained nuclear security firearms instructors for Rancho Seco nuclear power facility.

American Society of Law Enforcement Trainers, Second Annual International Training Seminar (Kansas City, Missouri. 1989): conducted instructor-level workshop on concealed handgun draw techniques and close-range defensive tactics.

Metropolitan Police (Washington, D.C., 1989): conducted two programs to train firearms instructors and armorers to implement this agency's transition to semi-automatic pistols.

Camp Smith, NY (1989): Speaker at Westchester County Firearms Instructors Seminar on Semi-Automatic Pistol Transitional Training. Topic: "Safety In The Transitional Training Program."

Trenton (New Jersey) Police Department (1989): trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

New York Legal Aid Society (New York City, 1989?): co-instructed (with Firearms Examiner D. Frangipani) firearms evidence lecture for attorneys.

Philadelphia Police Department (1989): trained firearms instructors and armorers to conduct agency's transition to semi-automatic pistols.

Trinidad-Tobago Police Academy (Port-of-Spain, 1990): presented firearms instructor workshop in conjunction with handgun training program conducted at Tetron Military Base.

Louisiana State Police  Academy, Baton Rouge, LA (1990): conducted submachine gun instructor school.

New York State Police (1990): conducted a series of programs at five locations throughout New York State to train NYSP firearms instructors to conduct agency's transition to semi-automatic pistols.

IALEFI Regional Training Conference (Long Island NY. 1990): conducted dim-light handgun training class.

Henrico County Police Department (Virginia, 1990): conducted two training programs to prepare agency's instructors to conduct transition to semi-

Curriculum Vitae:
Emanuel Kapelsohn
Page 40

automatic pistols.

Virgin Islands Police Department (St. Thomas, 1990):  conducted semi-automatic pistol instructor training program.

Developed police shotgun armorer training program for O. F. Mossberg & Sons, and conducted first Mossberg Shotgun Armorer Courses in Burbank, Tacoma, Philadelphia, North Haven (CT), South Carolina Criminal Justice Academy, North Carolina Justice Academy, Skokie (IL), Kansas City, San Antonio, and other locations (1990-1991).  Course revised 2000, below.

Baltimore City Police Department (1990):  conducted semi-automatic pistol instructor training program.

Missouri State Highway Patrol (1990):  presented training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Phoenix Regional Police Academy (1991):  conducted armorer and semi-automatic pistol instructor training program.

Maryland National Capital Park Police (1991):  conducted semi-automatic pistol instructor training program.

IALEFI Regional Training Conference (Dutchess County, N.Y. 1991): taught classes on cover mode and involuntary discharge; advanced shotgun techniques.

DSIP (Caracas, Venezuela.  1991):  conducted firearms training program for bodyguard detail of President of Venezuela, and for members of elite counter-terrorist unit.

Oregon State Police (1991):  conducted training program to prepare agency's instructors to conduct transition to semi-automatic pistols.

Clients for which Mr. Kapelsohn has provided training and consulting services, both domestically and abroad from 1983 through the present time, include investigative agencies, executive protection details, armored car and precious metal companies, corporations involved in newspaper publishing, advertising, finance, pharmaceuticals, insurance, defense manufacturing, mining, firearms and related products, steel, and manufacturing industries; police departments, federal agencies, cities, and state law enforcement training commissions.

Kutztown Jaycees (1991):  conducted firearms safety and BB gun marksmanship training class for 8-12 year olds.

American Society for Industrial Security (Schuylkill Valley Chapter, 1992): presented lecture on current trends in security and law enforcement firearms training.

Curriculum Vitae:
Emanuel Kapelsohn
Page 41

Seattle Police Department (1991):  conducted semi-auto pistol instructor program

American Society of Law Enforcement Trainers Fifth International Training Seminar (Milwaukee 1992):  presented instructor-level classes on involuntary muscular contraction and involuntary discharge.

IALEFI Regional Training Conference (Dutchess County, NY 1992):  presented lecture on training-related liability, documentation of training, and written agency firearms policy.

IALEFI Regional Training Conference (Long Island, NY 1992):  conducted classes on tactical handgun and dim-light handgun.

Reading Area Community College (1992):  Police Semi-Automatic Pistol Instructor Workshop.

Northeastern Berks Regional Police Department (1992):  Semi-Automatic Pistol Training Program.

Salt Lake County Sheriff's Department (1992):  trained armorers and firearms instructors to conduct transition to semi-automatic pistols.

Tactical Shotgun Course (1993):  Pleasantville (NJ) Police Range.

IALEFI Regional Training Conference (Nassau County, NY 1993):  conducted class on firearms-related liability, written departmental firearms policies, and documentation of training.

Atlantic County's Prosecutor's Office:  conducted Firearms Instructors Recertification Course for all police firearms instructors in county (1993-2001)

Dallas Police Department (1993):  conducted police firearms instructors course.

North Carolina Justice Academy, Statewide Firearms Instructors Conference (1993):  Presented classes: Involuntary Muscular Contraction & Unintentional Discharge; Developing Dynamic Training Exercises for Patrol Officers.

Jacksonville (FL) Police Department (1993):  conducted police firearms instructors course.

Carnegie Mellon University Police Department (Pittsburgh 1993):  conducted transitional training program and handgun instructor workshop.

Calgary Police Service Tactical Unit (1993):  taught special weapons course including submachine gun, shotgun, rifle, and handgun.

Yardley, PA (1994):  Instructed Defensive Handgun Course.

Guest Speaker on topic "Should I Carry a Gun?" at JCK Show, Las Vegas,

Curriculum Vitae:
Emanuel Kapelsohn
Page 42

NV (June 1994).

Connecticut Police Academy, Meriden, CT.  Co-instructed senior instructor
program "Selecting a Shoulder Weapon" (April 1994).

"Firearms Training Liability and Trends," Lehigh Valley Chapter, American
Society for Industrial Security (1994).

Kutztown Police Department (1994):  conducted handgun and shotgun
training.

Defensive Shotgun Courses, Pittsburgh, PA and Harvard, Mass. (1995).

Handgun training and qualifications, Eastern Armored Service (Trenton,
NJ  1994-1996).

Guest speaker, Firearms Committee, Pennsylvania Municipal Police Officers
Education and Training Council (Hershey, PA  1995).

Connecticut Police Academy, Meriden, CT.  Co-instructed Tactical Shotgun
Instructor course (1995).

"Trends in Police Firearms Training," Pennsylvania Burglar and Fire Alarm
Association, Allentown, PA  (1995).

Senior Firearms Instructor Course, Allentown Police Academy (PA 1995).

Defensive Handgun Course, Lehigh County District Attorney's Office,
Allentown, PA (1996).

Firearms Instructor Recertification Course, Dallas Police Department, Dallas,
TX (1996).

Glock 19 Transition Courses, Princeton Armored Service, Trenton, NJ (1995-6)

Lecture:  "Firearms Training-Related Liability," Annual Conference, Arizona
Law Enforcement Firearms Instructors Association, Mesa, AZ (1996).

Firearms Safety Program, Cub Scouts of America, Topton, PA (1996).

Basic Personal Protection Handgun Courses, Topton (PA) Fish & Game
Association Range (1994-1996).

IALEFI Handgun Safety Check, IALEFI Regional Training Conference,
Philadelphia Police Academy (1996).

Legal and Practical Aspects of Firearms Self-Defense for Civilians, Muhlenberg
Township Recreation Department (1996-1997).

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 43

American Society of Law Enforcement Trainers Regional Training Conference, Bergen County (NJ) Police Academy (1996): conducted instructor-level courses on Tactical Handgun Skills; Dim-Light Handgun.

1996 IALEFI Annual Training Conference, Mesa, AZ. Co-instructed instructor-level courses on Training-Related Liability; Safety and Use of Reactive Steel Targets.

North Carolina Justice Academy Statewide Instructors Conference: conducted instructor-level lectures on firearms safety, dim-light firing techniques, and one-handed firearms manipulation (1997).

Berks County Sheriff's Department: conducted revolver-to-semiautomatic pistol transitional training for this 38-officer agency (1997).

IALEFI Regional Training Conference (Oklahoma City Sheriff's Office 1997): conducted instructor-level program, "Developing Dynamic Range Exercises for Patrol Officers."

Berks County Sheriff's Department: assisted in conducting in-service handgun and shotgun training, remedial training, and qualification (1997-2007, 2012).

IALEFI Annual Training Conference (Columbia, Missouri, 1997): co-instructed instructor-level program, "Legal Liability Update"; conducted IALEFI Handgun Safety Check for over 100 students; chief safety coordinator for this 6-day conference involving some 500 participants (students, instructors, vendors) in day and night training activities, displays, and competitions. Courses attended: see above.

Lehigh County (PA) District Attorney's Office (1997): conducted handgun training course.

Kutztown (PA) Police Department: conducted in-service handgun and shotgun training and qualification (1997, 2000, 2001, 2002, 2003).

Harrisburg Area Community College: Co-instructed pilot judgmental use of force class for Pennsylvania MPOETC (1998).

Allentown (PA) Kiwanis Club: Guest speaker on "Firearms Safety and Self-Defense" (1998).

U.S. Department of Health & Human Services, Office of the Inspector General. Training and consulting contract to assist agency in updating its firearms training program for Special Agents (1998).

Northeastern Berks Regional Police Department (1998): Conducted handgun and shotgun qualifications and remedial training.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 44

Berks County Postmasters Association:  Guest speaker on "Personal
  Security" (1998).


Less Lethal 12-Gauge Impact Munitions User Certification Course
  (Berks County, PA, 1998).

Camp Cadet, Oley, PA (1998):  Firearms safety presentation for 10-14 year
  olds at summer camp sponsored by Pennsylvania State Police.
O.C. Civilian Users Certification Courses:  Conducted a series of courses for
  employees and for security officers of Fortune 500 company (1998-2001).

IALEFI Annual Training Conference (West Palm Beach, FL, 1998):  Presented
  instructor-level program, "Designing and Using Performance Objectives in
  Firearms Training"; conducted IALEFI Handgun Safety Check for over 100
  students; chief safety coordinator for this 6-day conference involving some
  500 participants (students, instructors, vendors) in day and night training
  activities, displays, and competitions.  Courses attended:  see above.

Harrisburg Area Community College:  Assisted in presenting judgmental
  use of force instructor certification course for Pennsylvania MPOETC (1999).

Police Patrol Rifle Users and Instructors Courses (Muhlenberg Twp. Police
  Department 1999).

Presentations to Allentown, PA Chapter, American Inns of Court, on "Firearms,
  Tactics and the Law" (Sept. 1999) and "Use of Experts in Firearms Cases"
  (Oct. 1999).

IALEFI Annual Training Conference (Phoenix, 1999):  Conducted IALEFI
  Handgun Safety Check for over 100 students; chief safety coordinator
  for this 6-day conference involving some 400 participants (students,
  instructors, vendors) in day/night training classes, displays and competitions.

Allentown (PA) Police Academy: Basic Recruit Training Academy classroom
  instructor on "Use of Force in Law Enforcement;" assistant range instructor in
  firearms (1999-2007).  "Laws of Arrest" and "Criminal Procedure" (2007).

Firearms Overview Course (Allentown Police Academy, 1999):  presented
  classroom and range program to researchers and doctors from University
  of Pennsylvania (FICAP) study on gunshot injuries.

IALEFI RTC (Philadelphia Police Academy, 2000):  taught two courses
  on Tactical Shotgun.

Eddie Eagle Firearms Safety Program taught to approx. 120 children,
  grades K through 2, at The Swain School (Allentown, PA, 2000).

Curriculum Vitae:
Emanuel Kapelsohn
Page 45

Firearms Instructor Update (Pennsylvania State Police Academy, 2000): presented instructor-level program for Pennsylvania Municipal Police Officers Education and Training Commission.

2000 IALEFI ATC, Tampa, FL:  conducted IALEFI Handgun Safety Check for over 100 students; chief safety coordinator for this 6-day event involving nearly 500 participants (students, instructors, vendors) in day and night training activities, displays and competitions; taught Mossberg Shotgun Armorer Certification Course.

Lehigh County (PA) District Attorney's Office (2000):  conducted training course, "Introduction to Firearms for Prosecutors" (CLE accredited) at Allentown Police Academy.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT, 2000): presented two courses for police and military armorers.  Consultant to Mossberg re. revision of Armorer's Manual.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA, 2000): presented two courses at East Penn Outdoor Sportsmen's Expo.

Eastern Armored Service (PA, 2000):  conducted Glock pistol transitional training for armored car personnel.

Mossberg Shotgun Armorer Certification Course (Fairfax, VA, 2000): taught course for police armorers.

Guest Speaker at graduation dinner, Allentown (PA) Police Academy (2001)

Para-Ordnance LDA Pistol Armorer Certification Courses (Orange County, CA and Oak Lawn, IL, 2001): taught courses for police and civilian armorers.

Para-Ordnance LDA Pistol Firearms Instructor Workshop (Oak Lawn, IL, 2001): taught course for police firearms instructors in conjunction with agency's transition to this model of semi-automatic pistol.

Guest Speaker, "Firearms in the Home," Allentown Rotary Club (2001)

Mossberg Shotgun Armorer Certification Course, Lisle, IL (2001): taught course for police armorers.

Firearms Training and Qualification, Berks-Lehigh Regional Police Department (PA, 2001).  Conducted user-level training for this newly-formed agency with pistol, shotgun, patrol rifle, and less lethal impact munitions.

Guest Instructor, Citizens Police Academy, Exeter Township Police Department (PA, 2001).  Presented demonstration/discussion of concealed weapons and related topics.

Curriculum Vitae:
Emanuel Kapelsohn
Page 46

Personal Protection Course, Carpenter Technology Corporation, Reading, PA
  (2001).  Taught personal protection course (including pepper spray and hand-
  to-hand self defense) to executives of Fortune 500 company and their spouses.

Firearms Instructor Update (Northeast Counter-Drug Training Center, Ft.
  Indiantown Gap, PA 2001):  presented instructor-level program for
  Pennsylvania Municipal Police Officers Education and Training Commission.

Tacoma Police Department (WA, 2001).  Developed and taught  Kimber Pistol
  Armorer's Workshop and Kimber Pistol Instructor Course for this agency.
Las Vegas Metro Police Department (NV, 2001).  Taught Mossberg Shotgun
  Armorer Certification Course.

Mossberg Shotgun Armorer Certification Courses (North Haven, CT 2001).
  Taught two armorer courses for O.F. Mossberg & Sons.

Mossberg Shotgun Armorer Certification Course (Utah County Sheriff's Office,
  UT 2001).  Taught law enforcement armorer's course.

"Legal and Practical Aspects of Firearms Self-Defense" (Topton, PA 2001):
  taught course at East Penn Outdoor Sportsmen's Expo.

Para-Ordnance LDA Pistol Armorer Certification Course (North Attleboro
  Police Department, MA 2001).

2001 IALEFI Annual Training Conference, Reno, NV:  conducted IALEFI
  Handgun Safety Check for some 80 students; assistant safety coordinator for
  this 6-day event involving nearly 400 participants; taught Mossberg Shotgun
  Armorer Certification Course; panelist in panel discussion, "Point Shooting vs.
  Aimed Fire."

Presenter at Muhlenberg Twp. Police Dept. "Firearms and Home Safety" Class
  (Temple, PA 2001):  Lecture to mixed audience of adults and Boy Scouts.

Mossberg Shotgun Armorer Certification Course (Branson Police Department,
  Branson, Missouri 2001).  Taught law enforcement armorer's course.

Mossberg Shotgun Armorer Certification Course, Fairfax, Virginia 2001.  Taught
  Law Enforcement armorer's course to police and military personnel.

Para-Ordnance LDA Pistol Armorer Certif. Course (Southampton, PA 2001)

Mossberg Shotgun Armorer Certification Course, Massachusetts State Police
  Headquarters, Framingham, MA 2002.

Mossberg Shotgun Armorer Certification Course, Clearwater Police Department,
  Clearwater, FL 2002.

Curriculum Vitae:
Emanuel Kapelsohn
Page 47

Beretta DAO Pistol Training Course and Use of Force Legal Issues Class, Bloomsburg University Police Department, Bloomsburg, PA 2002: Trained and certified university police department to carry firearms.

Mossberg Shotgun Armorer Certification Course, Linn County Sheriff's Office, Albany, Oregon 2002

Mossberg Shotgun Armorer Certification Course, Shawnee County Sheriff's Department, Topeka, Kansas 2002.

Para-Ordnance LDA Pistol Armorer Certification Course, Kansas Highway Patrol, Emporia, Kansas 2002.

Citizen's Police Academy, Exeter Township Police Department (PA), Guest instructor, training segment on weapons concealability (2002-2004).

Firearms Instructor Update, Berks County Sheriff's Department, Reading, Pennsylvania (2002)

Mossberg Shotgun Armorer Certification Course, New York City Police Department, Ballistics Section (2002)

Introduction to Firearms for Juvenile Probation Officers, Allentown Police Academy (2002)

Mossberg Shotgun Armorer Certification Course, Watertown Police Department, Watertown, CT (2002)

Mossberg Shotgun Armorer Certification Course, Carol Stream, Illinois (2002)

2002 IALEFI Annual Training Conference, San Diego, CA. Chief safety coordinator for this 6-day event involving over 300 participants in day and night training activities, trade show, demonstrations and shooting competitions. Co-instructed course on safety issues and procedures in simulation and role-playing training exercises.

Mossberg Shotgun Armorer Certification Course, Martin County Sheriff's Office, Stuart, Florida (2002).

Mossberg Shotgun Armorer Certification Course, Fairfax, VA (2002).

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, Orlando, FL (2002). Guest Instructor.

Berks-Lehigh Regional Police Department, remedial dim-light training. (2003)

Guest Lecturer, University of Pennsylvania class, "Injury and the Public's Health," School of Medicine/School of Public Health. Professor Charles

Curriculum Vitae:
Emanuel Kapelsohn
Page 48

Branas, Ph.D. (2003)

Patrol Rifle Instructor Course, Reading, PA (2003)

Patrol Rifle Operator's Course, Reading, PA (2003)

Bureau of Alcohol, Tobacco & Firearms, Firearms Instructor Seminar, San Diego CA (2003).  Guest Instructor.

Citizen's Police Academy, Allentown Police Academy, Allentown, PA. Instructor in Use of Force in Law Enforcement, Laws of Arrest (2003-5)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2003).  Guest Instructor

IALEFI Annual Training Conference, Orlando, FL (2003).  Assistant range officer in Advanced Tactical Rifle class.

Mossberg Shotgun Armorer Certification Course.  Rockland County (NY) Police Academy (2003).  Instructor.

Firearms Instructor Recertification Course.  Atlantic County, NJ (2002, 2003). Instructor

Defensive Shotgun Course.  Reading, PA (2003).  Instructor

Firearms Instructor Updates/Requalifications.  Berks County Sheriff's Department, Reading, PA (2003-2005).

Guest  Instructor, Lehigh County Municipal Emergency Response Team Training, DeSalles University (2004)

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Orlando, FL (2004).  Guest Instructor

Patrol Rifle Instructors Course.  Reading, PA (2004).  Instructor

Patrol Rifle User's Course.  Reading, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, Los Angeles, CA (2004).  Guest Instructor

IALEFI Annual Training Conference, Dayton, Ohio (2004).  Taught class "Legal Update for Firearms Instructors."

Patrol Rifle/Shotgun Workshop.  Reading, PA (2004).  Instructor

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic County, NJ (2004).  Presented 3-day range and classroom instructor update.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 49

Lecture, "Firearms, Firearms Safety and Self-Defense," Lions Club, Bowers, PA (2004).  Guest lecturer.

Defensive Handgun & Shotgun Class.  Hellertown, PA (2004).  Instructor

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San Francisco, CA (2005).  Guest Instructor

Tactical Team Commanders Course, Jefferson Township (NJ) Police Department, for Fox Valley Technical College/ Team One Network (2005).  Guest Instructor.

Advanced Defensive Handgun Class.  Hellertown, PA (Spring 2005).  Instructor.

Firearms Safety and Tactics Workshop.  Salisbury Township Police Department, Allentown, PA (2005).  Instructor.

Bureau of Alcohol, Tobacco & Firearms. Firearms Instructor Seminar, San Diego, CA (2005).  Guest Instructor.

2005 IALEFI Annual Training Conference, Reno, NV.  Co-instructed instructor-level class on fast, accurate handgun shooting and target-focused fire. Conducted Handgun Safety Check for approx. 100 new attendees.  Chief Safety Officer coordinating safety for this 6-day training conference, involving over 400 attendees in classroom and firing range courses, firearms competition, trade show with hands-on firearms demonstrations, etc.

Atlantic County Prosecutor's Office, Firearms Instructor Update.  Atlantic County, NJ (2005).  Presented 3-day range and classroom instructor update.

O.C. ("Pepper Spray") Users Courses (Pennsylvania 2005).  Presented training courses for security officers of major pharmaceutical manufacturer.

Patrol Rifle Operators Refresher Course (Berks County Sheriff's Department 2005).

Advanced Defensive Handgun Course.  Hellertown, PA.  (Fall 2005).  Instructor.

Defensive Handgun & Shotgun Training  (Pennsylvania 2005, 2006, 2007, 2008, 2009).  Presented a series of firearms training courses for security officers of a major pharmaceutical manufacturer.

"Home Firearms Safety and Self-Defense" lecture/demonstration for 35th Anniversary Charter Night, Lions Club, Bowers, PA (2006).

North Carolina 2006 Police Firearms Instructors Conference, North Carolina Justice Academy (2006).  Featured presenter: lectured to 250 law enforcement firearms instructors on safety in simulation training; involuntary muscular

Curriculum Vitae:
Emanuel Kapelsohn
Page 50

contraction and unintentional discharge of firearms; police deaths and administrative gun handling safety considerations; and mental conditioning and tactics in officer- involved shootings.

2006 IALEFI Annual Training Conference, West Palm Beach, FL. Moderator of panel discussion, "Panel of Experts on Firearms Topics," including techniques for covering suspects at gunpoint, manipulation of manual safeties, use of weapon-mounted lights, etc. Assisted in conducting Handgun Safety Check for participants; monitored classes on Patrol Rifle, Concealed Carry Handgun.

Allentown Police Tactical Pistol League. Conducted training session for police officers. (2006)

Patrol Rifle Workshop. Hellertown, PA. (2006)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2006). Presented classroom and range instructor update.

IALEFI Regional Training Conference, Ocean City, Maryland (2006). "Tactical Handgun Overview." Featured instructor at regional police training conference.

"Use of Force in Law Enforcement." Two classes; Kutztown Police Department, Kutztown, PA (2007)

Legal & Practical Aspect of Self-Defense with Firearms, Hellertown, PA (Winter 2007). Lecture/demonstration presentation to some 100 attendees.

"Use of Force Legal Concepts," Reading, PA (2007). Conducted instruction on principles of justification for use of force, etc. for Carpenter Technology security officers.

Glock Pistol Transitional Training, Eastern Armored Services (2007). Conducted transitional training classes for armored car personnel.

Pepper Spray User's Course. Conducted pepper spray user training and certification for corporate/industrial security officers. (2007)

IALEFI 2007 Annual Training Conference, San Antonio, TX. Assisted in conducting handgun safety check for 175 firearms instructors.

"Police Involved Shootings – When the Smoke Clears," Westchester County Detectives Association, Yorktown Heights, NY (2007). Lecture presentation to 160 attendees on subjects including psychological and perceptual distortions and stress reactions of officers involved in shootings; involuntary muscular contraction and accidental discharge of firearms; liability and safety issues of weapon-mounted lights and lasers; officer reluctance to fire; etc.

"Use of Force Legal Theory" class and "Glock Pistol User's Class" conducted for California University of Pennsylvania Police Department. (California, PA

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 51

2007).  Consulted, and conducted classroom and range instruction for this university police department in its adoption of a service pistol.

Legal & Practical Aspects of Self-Defense with Firearms, Hellertown, PA (Fall 2007). Lecture/demonstration presentation to 30 attendees.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2007).  Presented 3-day firearms instructor update (classroom and range) for approximately 30 police firearms instructors.

Pepper Spray User's Course.  Conducted pepper spray user training and certification for corporate/industrial security officers. (2008, 2010)

Defensive Handgun, Shotgun and Use of Force Training (Pennsylvania 2008 - 2012).  Conducted training for security officers of a major pharmaceutical manufacturer.

2008 IALEFI ATC, Reno, Nevada.  Conducted IALEFI Handgun Safety Check for approximately 125 shooters on range.  Taught classes on "Shotgun Instructor Skills."

Defense Training International, Women's Handgun Class.  Rochester, Indiana (2008).  Served as adjunct instructor for this women-only class.

"Covering Suspects at Gunpoint and Involuntary Muscular Contraction." Training segment conducted for Greene County Sheriff's Reserve (2008)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2008).  Presented 3-day firearms instructor update (classroom and range) for approximately 25 police firearms instructors.

Greene County Sheriff's Department.  Assistant range instructor for dim light Handgun & rifle qualification;  assisted in developing dim light rifle qualification course; provided remedial instruction as needed. (2009-2012)

"How Close is Too Close?"  Training segment conducted for Greene County Sheriff's Reserve (2009)

"Ammunition Inspection Procedures," "Dry Practice Safety Procedures," and "Safety in Gun Cleaning" training segments conducted for Greene County Sheriff's Reserve (2009)

Indiana University (Bloomington, IN), Criminal Justice Department.  Taught 3-credit senior seminar, "Police Use of Force."  (2009, 2010)

2009 Conference, International Law Enforcement Educators & Trainers Association (Chicago, IL):  taught course, "Bulletproofing Your Agency's Use of Force Policies."

Curriculum Vitae:
Emanuel Kapelsohn
Page 52

2009 IALEFI Annual Training Conference, West Palm Beach, Florida. Conducted IALEFI Handgun Safety Check (range drills) for 70-plus trainees; taught course, "Management and Investigation of Officer-Involved Shootings" (two sessions).

Intermediate Defensive Handgun. Trained female student in defensive handgun skills in intensive 2-day program. Hellertown, PA. (2009)

Remedial Handgun Training. Provided series of remedial training sessions for two female law enforcement officers. (Indiana 2009)

Police Patrol Rifle Instructor Course, Reading, PA. (2009)

Prosecutor's Training, "Police Use of Force," Greene County, IN. (2009) Developed and presented this mandatory training course for police from agencies throughout the county.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2009). Presented 3-day firearms instructor update (classroom and range) for approximately 35 police firearms instructors.

"Police Use of Force." Citizens' Police Academy, Linton Police Department, Indiana (2010).

Firearms Safety & Home Firearms Storage Safety; Distinguishing Toy Guns and Airguns from "Real" Guns; Dry Practice Safety Protocols; Drawing the Handgun. Training segments conducted for Greene County Sheriff's Reserve (2010).

Moderator and Panelist, Panel Discussion: "Current Issues in Firearms & Tactics Training, 2010 IALEFI Annual Training Conference, San Antonio, TX. Also, conducted Handgun Safety Check for 120 first-time attendees.

Patrol Rifle Instructor & User's Course, Reading, PA (2010).

Police Firearms Instructor Update, Allentown (PA) Police Academy (2010).

Prosecutor's Training, "Police Use of Force Update," Greene County, IN (2010)

"Use of Force Law & Policy," Berks County (PA) Sheriff's Department (2010)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2010). Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

Judgmental Use of Force Training. Designed and conducted a judgmental use of force training program for law enforcement officers in Greene County, Indiana. Program utilized FATS video simulator, firearms, OC spray, Taser, verbal (continued) challenges, use of cover, verbalization with suspects and fellow

Curriculum Vitae:
Emanuel Kapelsohn
Page 53

officers,  preparing and debriefing after writing an incident report on one of the scenarios  the trainee experienced, etc.  (Bloomfield, IN 2011).

Judgmental Use of Force Instructor Certification Class.  Trained a cadre of instructors to teach a judgmental use of force program, including the FATS system, report writing, etc.  (Bloomfield, IN 2011)

Clearing Handgun Stoppages.  Training conducted for Greene County Sheriff's Reserve (2011).

One-handed Handgun Operation.  Training conducted for Greene County Sheriff's Reserve (2012)

Police Use of Force, Citizens Police Academy, Linton, IN (2012)

Panelist, Use of Force "Panel of Experts" at 2012 ILEETA Conference, Chicago.

Patrol Rifle Instructor Course, Berks County, PA (2012)

FATS Judgmental Firearms Training Program, Greene County, IN (2012). Designed and helped to conduct FATS simulator training for law enforcement officers from countywide agencies.

IALEFI 2012 Annual Training Conference, Nashville, TN. Taught class, "The Firearms Instructor as Expert Witness."

Live-Fire Decision Making Shooting Exercises, Greene County, IN (2012).

IALEFI Shotgun Master Instructor Development Progam, Monroeville, PA (2012)

Firearms Instructor Update & Recertification, Atlantic County, NJ (2012)

Legal & Practical Aspects of Self Defense With Firearms.  Hellertown Sportsmen's Association, Hellertown, PA (2012)

Police Explorers firearms training class.  Berks County, PA (2012)

Berks County Sheriff's Department training and qualification (2012)

North Carolina Justice Academy, Firearms Instructor Update. Lecture "Post Shooting Procedures, Policies and Concerns" (2012).  Presentation to 125 firearms instructors representing law enforcement agencies statewide.

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course. Atlantic County, NJ (2012).  Presented two 3-day firearms instructor update courses (classroom and range) for approximately 45 police firearms instructors.

2013 IALEFI Annual Training Conference, Mobile, AL.  Conducted IALEFI

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 54

Handgun Safety Check for approx.. 90 attendees; Presented class: "Encouraging Off-Duty Carry."

Legal & Practical Aspects of Firearms Self-Defense.  Hellertown, PA (2013)
IALEFI Regional Training Conference, Harrisburg Area Community College, Piccola Law Enforcement Training Center.  Conference Coordinator.  Taught courses, "Officer-Involved Shootings:  Policies, Procedures & Concerns" and "Lethal Force Confrontations Instructor."  Assisted in presenting Tavor Rifle Armorer Level I Class.  (2013)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ (2013).  Presented two 2-day firearms instructor update courses (classroom and range) for approximately 50 police firearms instructors.

Norfolk Southern Railroad Police Training Seminar, "Bulletproofing Your Agency's Use of Force Policy" and "Officer-Involved Shootings:  Policies, Procedures and Concerns."  Brosnan Forest, SC (2014).

Deadly Force Expert Panel, 2014 ILEETA Conference, Lombard, IL. Panelist.

2014 IALEFI Annual Training Conference, Amarillo, TX.  Conducted IALEFI Handgun Safety Check for approximately 90 attendees; presented class "Using Firearms Experts in Officer-Involved Shooting Cases."

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ (2014).  Presented two 2-day firearms instructor update courses (classroom and range) for police firearms instructors county-wide.

Police Patrol Rifle Instructor Course.  Hosted by Allegheny Township Police Department, Duncansville, PA. (2014)

2015 ILEETA Conference, Panelist, "Deadly Force Panel of Experts;" Panelist, "Active Shooter Panel." Wheeling, IL.

2015 IALEFI Annual Training Conference, West Palm Beach, FL. Taught two classes for 76 students, "Training Gone Wrong."

Police Firearms Instructor Course.  Hosted by Martinsburg Police Department, PA. (2015)

Atlantic County Prosecutor's Office, Firearms Instructor Recertification Course.  Atlantic County, NJ (2015).  Presented 2-day firearms instructor update courses (classroom and range) for police firearms instructors county-wide.

Pilot program, "Police Use of Force," Piccola Law Enforcement Training Center, Harrisburg Area Community College (2015).  Co-instructed this pilot program for mandatory in-service training class to be presented in 2016 to approximately 25,000 police officers throughout the Commonwealth of Pennsylvania.

900200.00001/50250438v.1

Curriculum Vitae:
Emanuel Kapelsohn
Page 55

IALEFI Regional Training Conference, Freeport Police Range, Long Island, NY (2015).  Taught two instructor-level classes on current law enforcement use-of-force issues and cases.  Classes attended: see above.

MPOETC Instructor Training Class for 2016 Mandatory In-Service Training ("MIST") "Police Use of Force" Class.  Co-instructed this instructor-training class for the Pennsylvania MPOETC for approximately 40 instructors at the Montgomery County Law Enforcement Training Center, Conshohocken, PA (2015).

Plus, have taught numerous basic through advanced and remedial training sessions for individual students and small groups, including private individuals, executives and dignitaries,  executive protection personnel, security officers, private investigators, military, federal agents and law enforcement officers at all levels.  (1978 to present)

**REFERENCES:**          Personal and professional references available on request.

900200.00001/50250438v.1