

# The Peregrine Corporation

Specialists in Defense Dynamics

February 10, 2016

Gessesse Teferi, Esq.
Prince George's County Office of Law
County Administration Building, Room 5121
Upper Marlboro, MD 20772

Re.: <u>Darren Kevin Jones v. Officer Gary Allen, et al.</u>

Dear Attorney Teferi:

I am writing to provide a brief supplement to my expert report of January 19, 2016 in the above-referenced matter.

On page 8 of my January 19 report, I stated that my timing of Officers Powell and Allen in drawing and dry firing their handguns showed that their times to do this ranged from approximately 1.2 to 1.4 seconds for Officer Allen (1.48 seconds being the longest performance I timed, and from approximately 1.15 to 1.35 seconds for Officer Powell (with a single "slow" performance of 1.58 seconds).

I also stated, on page 9 of my January 19 report, that officers "can typically fire at the rate of at least 4-5 shots per second (one shot every 0.25 to 0.33 seconds), with some officers firing at the rate of 0.20 second "split times" (shot-to-shot times)." However, I indicated that because the PGCPD range was unavailable when I visited the area on January 8, 2016, I was unable actually to time the officers in performing these tasks, which I said "I would expect to do, using an electronic time, in the near future."

I have now had an opportunity to perform the electronic timing to which I referred. On February 3, 2016, I met with you and the two officers at the Prince George's County Police Department Firearms Range. The day was cold (slightly below 40 degrees F. at the time), with patches of snow on the ground, a breeze, and a heavy rain falling. This created less than ideal conditions for drawing a handgun, as the weather conditions quickly rendered one's fingers cold, reducing one's fine motor coordination and speed. Measured under these conditions using a PACT electronic shot timer, Allen's average time to react to a sound signal, draw and fire a single live round was 1.6 seconds, while Powell's was 1.8 seconds.

I then timed both officers in drawing and firing the number of shots they are actually believed to have fired during the subject incident. Allen's total time for drawing and firing six

1

(6) shots was 2.7 seconds (average of three runs), with his time to the first shot averaging 1.42 seconds, and his shot-to-shot times averaging 0.256 seconds.  Powell's total time for drawing and firing three (3) shots was 2.32 seconds (average of three runs), with his time to the first shot averaging 1.64 seconds, with his shot-to-shot times averaging 0.34 seconds.

Even without taking into account the cold (slow) conditions, these times are generally consistent with, and supportive of, the discussion and analysis in my January 19 report.

Very truly yours,

Emanuel Kapelsohn, President